UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6104-CIV-ZLOCH

SCOTT EARLEY,

    Plaintiff,

vs.                                  O R D E R

BROWARD COUNTY,
FLORIDA,

    Defendant.
_____/

FILED by \_\_\_\_\_ D.C.
MAR 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court upon the Plaintiff, Scott Earley's, Motion For Leave To Amend (DE 2). The Court has carefully reviewed the merits of said Motion and has reviewed the entire court file herein.

    Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend must be freely given when justice so requires. Fed. R. Civ. P. 15(a). The Supreme Court has held that district courts are required to grant such leave to amend in the absence of reasons for denial such as "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of the amendment, etc." Forman v. Davis, 371 U.S. 178,

182 (1962). The Eleventh Circuit has held that "unless there was a substantial reason to deny a leave to amend, the discretion of the district court is not broad enough to permit denial." Epsey v. Wainwright, 734 F.2d 748, 750 (11th Cir. 1984), (quoting Dassouy v. Gulf Coast Investment Corp., 660 F. 2d 594, 597 (5th Cir. 1981)).

There appears no reason for this Court to deny the Plaintiff's aforementioned Motion.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Plaintiff's Motion For Leave To Amend (DE 2) be and the same is hereby **GRANTED**, and the Plaintiff's Amended Complaint - 42 U.S.C. § 1983 attached thereto is hereby deemed timely filed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _28th_ day of March, 2000.

                                        WILLIAM J. ZLOCH
                                        United States District Judge

Copies furnished:

Carlos Cruanes, Esq.
For Plaintiff

Jose Raul Gonzalez, Esq.
For Defendant