UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,   CASE NO. 00-6104-CIV-ZLOCH

    Plaintiff,   MAGISTRATE JUDGE SELTZER

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA,

    Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

NOTICE IS HEREBY GIVEN that the undersigned law firm's address has changed effective May 1, 2000. The new address is as follows:

    High, Stack, Palahach & Cruanes
    2655 Le Leune Road
    Suite 1108
    Coral Gables, FL 33134

(Please note that the telephone number and facsimile number will remain the same).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail to Jose Raul Gonzalez, Assistant County Attorney, 115 South Andrews Avenue, Suite 423, Fort Lauderdale, FL 33301 this 26th day of April, 2000.

1

HIGH, STACK, PALAHACH
& CRUANES
3929 Ponce de Leon Boulevard
Coral Gables, Florida 33134
Telephone: (305) 443-3329

By: _____
Carlos Cruanes
Florida Bar No.0121940