UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,                              CASE NO. 00-6104-CIV-ZLOCH

        Plaintiff,                        MAGISTRATE JUDGE SELTZER

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA,

        Defendant.
_____/

### SUMMONS IN A CIVIL CASE

TO   SHERIFF OF BROWARD COUNTY, FLORIDA
      by serving, Kenn Jenne, as Sheriff of Broward County
      2601 West Broward Boulevard
      Fort Lauderdale, FL 33312

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney.

        Carlos Cruanes, Esq.
        High, Stack, Palahach & Cruanes
        2655 Le Jeune Road, Suite 1108
        Coral Gables, FL 33134
        Telephone No. 305-443-3329
        Telefax No. 305-443-0850

an answer to the complaint which is herewith served upon you, within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
~~CARLOS JUENKE~~, Clerk of said Court

MAY 17 2000

By: _____
    Deputy Clerk               Date



## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1] _____
(Name of Process Server), _____ (Title), on _____, 1999

*Check one box below to indicate appropriate method of service:*

☐ Served personally upon the defendant.  Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

Travel          Services                    Total

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                                      Signature of Server

                                      _____
                                      Address of Server

_____

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.