UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,

    Plaintiff,

v.

BROWARD COUNTY,
FLORIDA,

    Defendant.

_____/

CASE NO. 00-6104-CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, SCOTT EARLEY, hereby voluntarily dismisses without prejudice any and all claims against Defendant, BROWARD COUNTY, FLORIDA.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail to Sheriff of Broward County, 2601 West Broward Boulevard, Fort Lauderdale, FL 33312 this ___ day of May, 2000.

HIGH, STACK, PALAHACH
& CRUANES
2655 LeJeune Road, Suite 1108
Coral Gables, Florida 33134
Telephone: (305) 443-3329

By _____
Carlos Cruanes
Florida Bar No 0121940