UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,                           CASE NO. 00-6104-CIV-ZLOCH

      Plaintiff,                        MAGISTRATE JUDGE SELTZER

v.

BROWARD COUNTY,
FLORIDA,

      Defendant.
_____/

## PLAINTIFF'S MEMORANDUM IN COMPLIANCE WITH COURT ORDER TO SHOW CAUSE ENTRED ON MAY 25, 2000

Plaintiff, SCOTT EARLEY, files his Memorandum in compliance with this Court's Order to Show Cause entered on May 25, 2000, and states:

1.  On January 11, 2000, Plaintiff filed its Complaint and Broward County was inadvertently named as the Defendant in this action.

2.  The Sheriff of Broward County is the chief correctional officer of the Broward County Correctional System. Broward County Code §18-01 and, therefore, is the proper Defendant in this action.

3.  On March 2, 2000, Plaintiff filed its Motion for Leave to Amend its original complaint by naming the Sheriff of Broward County as the Defendant.

4.  On March 28, 2000, this Court entered an Order Granting Plaintiff's Motion for Leave to Amend.

5.  Accordingly, Broward County was not served by Plaintiff as it should not have been named a Defendant in this action. Instead, Plaintiff served the Sheriff of Broward County with a

1



Scott Earley v. Sheriff of Broward County, Florida
Case No.: 00-6104 CIV-ZLOCH

Summons and Amended Complaint on May 17, 2000 as is evidenced by the Return of Service attached hereto as Exhibit A.

6. Moreover, in conjunction with the filing of this Memorandum, Plaintiff is filing a Notice of Voluntary Dismissal as to its claims against Broward County only. (A copy is attached hereto as Exhibit "B").

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail to Sheriff of Broward County, 2601 West Broward Boulevard, Fort Lauderdale, FL 33312 this ___ day of May, 2000.

HIGH, STACK, PALAHACH
& CRUANES
2655 LeJeune Road, Suite 1108
Coral Gables, Florida 33134
Telephone: (305) 443-3329

By: _____
Carlos Cruanes
Florida Bar No. 0121940

- 2 -

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

Case Number: 00-6104

Plaintiff:
**SCOTT EARLEY**

vs.

Defendant:
**SHERIFF OF BROWARD COUNTY, FLORIDA**

For:
Carlos Cruanes, Esquire
HIGH, STACK, PALACH & CRUANES
2655 LeJeune Road
Suite 1108
Coral Gables FL 33134

*[handwritten: Answer due june 16]*

Received by AAA ALL-STATES PROCESS SERVICE on the **17th day of May, 2000** at **11:30 am** to be served on **SHERIFF OF BROWARD COUNTY, FLORIDA 2601 WEST BROWARD BLVD. FT. LAUDERDALE, FL 33312**.

I, All-States Process Service, do hereby affirm that on the **17th day of May, 2000** at **12:47 pm, I:**

SERVED the within named PUBLIC AGENCY by delivering a true copy of the **SUMMONS/COMPLAINT** with the date and hour of service endorsed thereon by me, to JENNY SUDLER as LEGAL ASSISTANT of the within named agency and informing such person of the contents therein.

I am over the age of eighteen, and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing verified return of service and that the facts stated in it are true.

All-States Process Service
PROCESS SERVER (398)

**AAA ALL-STATES PROCESS SERVICE**
13015 S.W. 89th Place
Suite 221
Miami, FL 33176
(305) 971-9636
Our Job Serial Number: 2000003859
Ref. Number: AMY

*[handwritten: Exhibit A]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,                      CASE NO. 00-6104-CIV-ZLOCH

      Plaintiff,                     MAGISTRATE JUDGE SELTZER

v.

BROWARD COUNTY,
FLORIDA,

      Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, SCOTT EARLEY, hereby voluntarily dismisses without prejudice any and all claims against Defendant, BROWARD COUNTY, FLORIDA.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail to Sheriff of Broward County, 2601 West Broward Boulevard, Fort Lauderdale, FL 33312 this ___ day of May, 2000.

                                       HIGH, STACK, PALAHACH
                                       & CRUANES
                                       2655 LeJeune Road, Suite 1108
                                       Coral Gables, Florida 33134
                                       Telephone: (305) 443-3329

                                       By: _____
                                       Carlos Cruanes
                                       Florida Bar No.0121940

Exhibit B