UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6104-CIV-ZLOCH

SCOTT EARLEY,

      Plaintiff,

vs.

SHERIFF OF BROWARD COUNTY,
FLORIDA,

      Defendant.
_____/



**FINAL ORDER OF DISMISSAL AS TO DEFENDANT, BROWARD COUNTY, FLORIDA, ONLY**

THIS MATTER is before the Court upon the Plaintiff, Scott Earley's Notice Of Voluntary Dismissal Without Prejudice as to the Defendant, Broward County, Florida, bearing file stamp of the Clerk of this Court dated May 30, 2000. The Court having carefully reviewed said Notice and the entire Court file herein, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiff's aforementioned Notice Of Voluntary Dismissal Without Prejudice as to the Defendant, Broward County, Florida, be and the same is hereby approved, adopted, and ratified by the Court;

2. The above-styled cause is hereby **DISMISSED**, without prejudice, as to the Defendant, Broward County, Florida, only; and

3. The above-styled cause remains pending as to the Defendant, the Sheriff of Broward County, Florida.

**IT IS FURTHER ORDERED AND ADJUDGED** <u>that immediately upon receipt of same, Carlos Cruanes, Esquire, counsel of record for the</u>



**Plaintiff, shall provide copies of this Order to all counsel of record in the above-styled cause.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _1st_ day of June, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copy furnished:

Carlos Cruanes, Esq.
For Plaintiff