ACA/bym
B83/50-358

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,

    Plaintiff,

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA,

    Defendant.
_____/

CASE NO.: 00-6104-CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

## ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Defendant, SHERIFF OF BROWARD COUNTY, FLORIDA, files its Answer to the Plaintiff's Amended Complaint, and states:

1. Defendant denies each and every allegation in Plaintiff's Amended Complaint, and demands strict proof thereof.

### AFFIRMATIVE DEFENSES

2. Defendant would show that some or all of these actions are governed by Florida Statutes §768.28, and all immunities, conditions, limitations of liability and conditions precedent to filing a lawsuit are asserted herein as defenses to the claims of the Plaintiff.

3. Defendant would show that all actions taken were subject to qualified immunity and Defendant's liability is limited thereby.

4. Defendant demands trial by jury.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 2nd day of June, 2000, to: CARLOS CRUANES, ESQUIRE, HIGH, STACK, PALAHACH & CRUANES, Attorneys for Plaintiff, 2655 LeJeune Road, Suite 1108, Coral Gables, Florida 33134.

> BUNNELL, WOULFE, KIRSCHBAUM,
> KELLER, COHEN & McINTYRE, P. A.
> Attorneys for Defendant
> 888 East Las Olas Boulevard, Suite 400
> Fort Lauderdale, Florida 33301
> Telephone: (954) 761-8600
> Facsimile: (945) 463-6643
>
> By: _____
> ALAN C. ANCHELL
> Florida Bar No.: 013500