# UNITED STATES DISTRICT COURT
## SOUTHERN District of FLORIDA

Case Number: 00-6104 CV - Zloch

Plaintiff
**SCOTT EARLEY**

vs

Defendant
**SHERIFF OF BROWARD COUNTY, FLORIDA**

For
Carlos Criianes, Esquire
HIGH, STACK, PALACH & CRJANES
2655 LeJeune Road
Suite 1108
Coral Gables FL 33134

Received by AAA ALL-STATES PROCESS SERVICE on the **17th day of May, 2000 at 11:30 am** to be served on
**SHERIFF OF BROWARD COUNTY, FLORIDA 2601 WEST BROWARD BLVD. FT. LAUDERDALE, FL 33312**

I, All-States Process Service, do hereby affirm that on the **17th day of May, 2000 at 12:47 pm**, I:

SERVED the within named PUBLIC AGENCY by delivering a true copy of the **SUMMONS/COMPLAINT** with the date and hour of service endorsed thereon by me, to JENNY SUDLER as LEGAL ASSISTANT of the within named agency and informing such person of the contents therein.

I am over the age of eighteen and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing verified return of service and that the facts stated in it are true.

**All-States Process Service**
PROCESS SERVER

**AAA ALL-STATES PROCESS SERVICE**
**13015 S.W. 89th Place**
**Suite 221**
**Miami, FL 33176**
**(305) 971-9636**
Our Job Serial Number 2000003659
Ref. Number AMY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,

    Plaintiff,

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA,

    Defendant.
_____/

CASE NO. 00-6104-CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

*5/17/00*
*Legal Asst Jenny Sudler*
*1247 P*
*Bruce Albert*
*358*

### SUMMONS IN A CIVIL CASE

TO:  SHERIFF OF BROWARD COUNTY, FLORIDA
     by serving, Kenn Jenne, as Sheriff of Broward County
     2601 West Broward Boulevard
     Fort Lauderdale, FL 33312

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney:

     Carlos Cruanes, Esq.
     High, Stack, Palahach & Cruanes
     2655 Le Jeune Road, Suite 1108
     Coral Gables, FL 33134
     Telephone No. 305-443-3329
     Telefax No. 305-443-0850

an answer to the complaint which is herewith served upon you, within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
~~CARLOS JUENKE~~, Clerk of said Court

By: _____
    Deputy Clerk

MAY 1 7 2000
_____
Date