GAT:jwb
B83/50-358

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,

    Plaintiff,

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA,

    Defendant.

_____/

CASE NO.: 00-6104-CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

### NOTICE OF TAKING DEPOSITIONS

TO: CARLOS CRUANES, ESQUIRE
    3929 Ponce de Leon Boulevard
    Coral Gables, Florida 33134

    PLEASE TAKE NOTICE that the Defendant, SHERIFF OF BROWARD COUNTY, FLORIDA, will take the depositions of the below named persons on the date and at the hours indicated opposite their names at the location of:

The Home Residence of Scott Earley
590 N.W. 66th Avenue
Plantation, Florida 33317

| NAME | DATE | HOUR |
|---|---|---|
| SCOTT EARLEY | 11/07/00 | 9:30 a.m. |
| PATRICIA WHITE | | 11:00 a.m. |

upon oral examination before Klein, Bury & Associates, Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions. The depositions will continue from day to day until completed. The depositions are being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by U.S. Mail this ____ day of September, 2000 to the afore-mentioned addressee.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, COHEN & McINTYRE, P. A.
Attorneys for Defendant
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, Florida 33301
Telephone: (954) 761-8600
Facsimile: (945) 463-6643

By: _____
GREGG A. TOOMEY
Florida Bar No.: 0159689

cc: Klein, Bury & Associates