UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,                         CASE NO. 00-6104-CIV-ZLOCH

      Plaintiff,                     MAGISTRATE JUDGE SELTZER

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA,

      Defendant.
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, SCOTT EARLEY, moves this Honorable Court for the entry of an Order extending the time within which to respond to Defendant's Motion for Summary Judgment. The grounds for this motion are as follows:

1. Defendant served Plaintiff with a copy of its Motion for Summary Judgment by regular mail on October 27, 2000.

2. The deadline to respond to said motion is November 13, 2000.

3. Defendant just recently took the deposition of Plaintiff and his mother on December 8, 2000.

4. Discovery is still ongoing. Specifically, Plaintiff has not yet taken the deposition of Defendant in this action.

5. Undersigned counsel has been unable to prepare a response to Defendant's Motion due to other previously scheduled depositions and mediations.

1

6. Undersigned counsel is presently preparing to attend a deposition on November 10, 2000, in the case of *Nussbaum v. City of Fort Lauderdale, et al.* Case No. 98-10988 (14), in the 17th Judicial Circuit in and for Broward County, Florida.

7. Further, undersigned counsel is preparing to attend a mediation conference tentatively scheduled for November 14, 2000 in the case of *Fredericks v. Business Men's Assurance Company of America*, Case No. 99-14180-CIV-PAINE, United States District Court, Southern District of Florida.

8. Undersigned counsel is also preparing to attend a mediation conference on November 16, 2000 in the case of *Nussbaum v. City of Fort Lauderdale, et al.* Case No. 98-10988 (14), in the 17th Judicial Circuit in and for Broward County, Florida. Should the parties fail to reach a settlement at mediation, undersigned counsel must prepare to attend the trial of this matter on during the trial period commencing November 13, 2000, as this case is number 6 on the trial docket.

9. This motion is filed in good faith and not interposed for purposes of delay.

10. In compliance with Local Rule 7.1.A.3(a), undersigned counsel certifies that he has consulted with attorney for Defendant to discuss the necessity for additional time to respond to said motion.

WHEREFORE Plaintiff respectfully requests that this Honorable Court enter an Order granting Plaintiff a ten (10) day extension of time within which to respond to Defendant's Motion for Summary Judgment.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail to Gregg A. Toomey, Esq., Bunnell, Woulfe, Kirschbaum, Keller & McIntyre, P.A., 888 East Las Olas Boulevard, Suite 400, Fort Lauderdale, FL 33301 on this 9th day of November, 2000.

> HIGH, STACK, PALAHACH
> & CRUANES
> 2655 LeJeune Road, Suite 1108
> Coral Gables, Florida 33134
> Telephone: (305) 443-3329
>
> By: _____
> Carlos Cruanes
> Florida Bar No.0121940

3