UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6104-CIV-ZLOCH

FILED by _____ D.C.

NOV 17 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SCOTT EARLEY,

      Plaintiff,

vs.                      **O R D E R**

SHERIFF OF BROWARD COUNTY,
FLORIDA,

      Defendant.
_____/

    THIS MATTER is before the Court upon the Plaintiff, Scott Earley's Motion For Extension Of Time Within Which To Respond To Defendant's Motion For Summary Judgment, bearing file stamp of the Clerk of this Court dated November 9, 2000.  The Court having carefully reviewed said Motion and the entire court file and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Plaintiff's aforementioned Motion For Extension Of Time Within Which To Respond To Defendant's Motion For Summary Judgment be and the same is hereby **GRANTED**, and the Plaintiff, Scott Earley, shall have up to and including November 27, 2000 within which to file his response to the



Defendant's Motion For Summary Judgment (DE 16).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of November, 2000.

```
                              _____
                              WILLIAM J. ZLOCH
                              Chief United States District Judge
```

Copies furnished:

Carlos Cruanes, Esq.
For Plaintiff

Gregg A. Toomey, Esq.
For Defendant