UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY _____
2001 JAN 18 PM 2: 29
CLERK U.S. DIST. CT.
S.D. OF FLA. FT L

SCOTT EARLEY,   CASE NO. 00-6104-CIV-ZLOCH

    Plaintiff,   MAGISTRATE JUDGE SELTZER

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA,

    Defendant.
_____/

## PLAINTIFF'S MOTION FOR LEAVE TO SERVE INTERROGATORIES IN EXCESS OF THE S.D. FLA. L.R. 26.1G. LIMIT

Plaintiff, Scott Earley, pursuant to Rule 33 (a), and 26.1.G.3, S.D. Fla. L.R., moves this Honorable Court for an Order granting him Leave to Serve Interrogatories in Excess of the S.D. Fla. L.R. 26.1g. Limit and states:

1. Plaintiff, through undersigned counsel, seeks to serve interrogatories upon the Defendant numbering forty in total.

2. These interrogatories are necessary to properly prepare Plaintiff's case and are the most efficient and practical method of obtaining the information sought.

3. Defendant, Sheriff of Broward County, has itself propounded initial interrogatories in this matter in excess of 35 in number, to which the Plaintiff has already responded.

1

Scott Earley v. Sheriff of Broward County
Case No. 00-6104-CIV-ZLOCH

4. The granting of Plaintiff's motion will cause no prejudice or undue burden to Defendant, and will greatly facility discovery in this matter.

5. This motion is filed in good faith.

6. In compliance with Local Rule 7.1.A.3(a), undersigned counsel certifies that he has attempted to consult with attorney for Defendant to discuss the necessity for filing interrogatories in excess of the local rule, but has been informed that counsel of record is no longer with the firm of Bunnel, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A., and no one has returned undersigned counsel's telephone calls.

WHEREFORE Plaintiff respectfully requests this Court enter an Order granting this motion as more fully set forth above.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand delivered to Alan C. Anchell, Esq., Bunnel, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A., Attorneys for Defendant, 888 East Las Olas Boulevard, Suite 400, Fort

2

Scott Earley v. Sheriff of Broward County<br>Case No. 00-6104-CIV-ZLOCH

Lauderdale, FL 33303-0340 this ___18th___ day of January, 2001.

                       HIGH, STACK, PALAHACH & CRUANES
                       2655 LeJeune Road Suite 1108
                       Coral Gables, Florida 33134
                       Telephone: (305) 443-3329
                       By: _____
                          Carlos Cruanes
                          Florida Bar No.0121940