UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6104-CIV-ZLOCH

SCOTT EARLEY,

       Plaintiff,

vs.                          **O R D E R**

BROWARD COUNTY, FLORIDA,

       Defendant.
_____/

FILED by ____ D.C.

MAR 2 8 2001

       THIS MATTER is before the Court upon the Defendant, Broward County, Florida's Motion For Summary Judgment (DE 16) and upon the Plaintiff, Scott Earley's Motion For Leave To Amend And To Remove Case From The April 2001 Trial Docket (DE 24). The Court having carefully reviewed the merits of said Motions and being otherwise fully advised in the premises, it is

       **ORDERED AND ADJUDGED** as follows:

       1.    Plaintiff's Motion For Leave To Amend (DE 24) be and the same is hereby **GRANTED** and the Plaintiff's Second Amended Complaint attached thereto be and the same is hereby deemed timely filed;

       2.    The Defendant's Motion For Summary Judgment (DE 16) be and the same is hereby **DENIED** as moot; and



3. In all other respects Plaintiff's Motion For Leave To Amend And To Remove Case From The April 2001 Trial Docket (DE 24) be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of March, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Carlos Cruanes, Esq.
For Plaintiff

Jodi C. Page, Esq.
For Defendant