UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,                CASE NO. 00-6104-CIV-ZLOCH

        Plaintiff,                  MAGISTRATE JUDGE SELTZER

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA and EMSA CORRECTIONAL
CARE, INC.,

        Defendant.
_____/

## SUMMONS IN A CIVIL CASE

TO:   EMSA CORRECTIONAL CARE, INC.
      By serving CT Corporation System as registered agent
      1200 South Pine Island Road
      Plantation, Florida 33324

        YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney:

            Carlos Cruanes, Esq.
            High, Stack, Palahach & Cruanes
            2655 Le Jeune Road, Suite 1108
            Coral Gables, FL 33134
            Telephone No. 305-443-3329
            Telefax No. 305-443-0850

an answer to the second amended complaint which is herewith served upon you, within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox, Clerk of said Court

By: _____
      Deputy Clerk

MAR 29 2001

Date



## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1] _____ (Name of Process Server), _____ (Title), on _____, 2001.

*Check one box below to indicate appropriate method of service:*

☐   Served personally upon the defendant.  Place where served _____

_____.

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion residing therein. Name of person with whom the summons and complaint were left: 

_____.

☐   Returned unexecuted: _____

_____.

☐   Other (specify): _____

_____.

### STATEMENT OF SERVICE FEES

Travel             Services                    Total

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                                 Signature of Server

                                 _____
                                 Address of Server

                                 _____

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.