UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,                              CASE NO. 00-6104-CIV-ZLOCH

        Plaintiff,                              MAGISTRATE JUDGE SELTZER

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA and EMSA CORRECTIONAL
CARE, INC.,

        Defendant.

_____/

## SUMMONS IN A CIVIL CASE

TO:    EMSA CORRECTIONAL CARE, INC.
       By serving Jodi C. Page, as attorney of record
       Bunnel, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A.
       888 East Las Olas Boulevard, Suite 400
       Fort Lauderdale, FL 33303-0340

        YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's
attorney:

                Carlos Cruanes, Esq.
                High, Stack, Palahach & Cruanes
                2655 Le Jeune Road, Suite 1108
                Coral Gables, FL 33134
                Telephone No. 305-443-3329
                Telefax No. 305-443-0850

an answer to the second amended complaint which is herewith served upon you, within
thirty (30) days after service of this summons upon you, exclusive of the day of service.
If you fail to do so, judgment by default will be taken against you for the relief demanded
in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

Clarence Maddox
CARLOS JUENKE, Clerk of said Court

By: _____
        Deputy Clerk

MAR 2 9 2001

_____
        Date

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]
_____ (Name of Process Server), _____ (Title), on
_____, 2001.

*Check one box below to indicate appropriate method of service:*

☐    Served personally upon the defendant.    Place where served

_____

☐    Left copies thereof at the defendant's dwelling house or usual place of
abode with a person of suitable age and discretion residing therein.
Name of person with whom the summons and complaint were left:

_____

☐    Returned unexecuted: _____

☐    Other (specify): _____

## STATEMENT OF SERVICE FEES

Travel                    Services                    Total

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America
that the foregoing information contained in the Return of Service and Statement of
Service Fees is true and correct.

Executed on _____    _____

                                Signature of Server

                                _____

                                Address of Server

                                _____

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.