UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6104-CIV-ZLOCH

SCOTT EARLEY,

    Plaintiff,

vs.

**AMENDED ORDER RESETTING
PRE-TRIAL CONFERENCE**

BROWARD COUNTY, FLORIDA, and
EMSA CORRECTIONAL CARE, INC.,

    Defendants.
_____/

THIS MATTER is before the Court sua sponte. The Court having reviewed the entire Court file herein and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that this Court's previously entered Order (DE 25), be and the same is hereby **AMENDED** as follows:

1. The above-styled cause is hereby **RESET** for Pre-Trial Conference on **Friday, October 12, 2001**, at **9:30 a.m.** at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida. Pursuant to Local Rule 16.1 of this Court, the parties shall abide by the following time schedule under penalty of dismissal or other sanction.

TIME SCHEDULE

**SEVENTEEN** days prior to P-T Conf.   -   Attorneys must meet
**FIFTEEN** days prior to P-T Conf.     -   Resume of experts must be
                                            completed and their
                                            reports must be exchanged



| | | |
|---|---|---|
| **FIVE** days prior to P-T Conf. | - | ALL discovery must be completed |
| **SIXTY** days prior to P-T Conf. | - | ALL Motions for Summary Judgment and Motions for Judgment on the Pleadings must be filed |

**EXCEPT AS OTHERWISE MODIFIED HEREIN, THE PARTIES MUST COMPLY IN FULL WITH LOCAL RULE 16.1 OF THIS COURT. THE PROVISIONS OF THIS ORDER SHALL SUPERSEDE ANY DEADLINES OR SCHEDULES AGREED UPON BY THE PARTIES.**

**TRIAL DATE: PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE. THERE WILL BE NO CALENDAR CALL.**

PRE-TRIAL STIPULATION must be filed in Fort Lauderdale, Florida on or before September 28, 2001.

2. In all other respects the Court's previously entered Order (DE 25) remains the same.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _2nd_ day of _APRIL_, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Carlos Cruanes, Esq.
For Plaintiff

Jodi C. Page, Esq.
For Defendants

2