RTW:JCP:acw  
B83/50-358

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,

CASE NO.: 00-6104-CIV-ZLOCH

Plaintiff,

MAGISTRATE JUDGE SELTZER

v.

SHERIFF OF BROWARD COUNTY,  
FLORIDA, and EMSA CORRECTIONAL  
CARE, INC.

Defendant.  
_____/

## DEFENDANT'S MOTION TO CONTINUE TRIAL

The Defendants, EMSA CORRECTIONAL CARE, INC., and THE SHERIFF OF BROWARD COUNTY, by and through its undersigned counsel and pursuant to the *Local Rules of the Southern District of Florida, Rules 7.1(g) and 7.6* hereby files its Motion To Continue Trial, and as grounds therefore states:

1. Plaintiff's Amended Complaint alleges a civil rights action against Defendants, EMSA CORRECTIONAL CARE, INC., and SHERIFF OF BROWARD COUNTY, FLORIDA.

2. Plaintiff filed a Motion to Amend his Complaint to add EMSA CORRECTIONAL CARE, INC., to this matter on March 8, 2001.

3. This Court granted Plaintiff's Motion to Amend his Complaint to add EMSA CORRECTIONAL CARE, INC., as a Defendant on March 28, 2001.

4. Attached to this Court's order granting Plaintiff's Motion to Amend his Complaint, was this Court's pre-trial order which had been entered on June 7, 2000, and indicated a trial date in this matter for the trial period commencing April, 2001.

5. Pursuant to this pre-trial order, the deadline for filing Motions for Summary Judgment or Motions for Judgment on the Pleadings expired on or before January 12, 2001. Pursuant to this pre-trial order, the discovery deadline in this matter is presently April 6, 2001.

6. If this matter were to proceed to trial on this Court's April, 2001 trial calendar, the Defendant, EMSA CORRECTIONAL CARE, INC., would be prejudiced. This prejudice is based

upon the fact that this Defendant has not had an opportunity to respond to Plaintiff's Amended Complaint, as this matter is not currently at issue, conduct any discovery in this matter, or investigate the possibility of filing any dispositive motions in this matter. The Court also declared the Motion for Summary Judgment filed on behalf of the Defendant, Sheriff of Broward County as moot because the Complaint is amended.

7. Counsel for Plaintiff and Counsel for Defendant have conferred and Plaintiff has no objections to removing this case from April, 2001 trial docket

8. This Motion has been filed in good faith, and has not been filed in order to create any unnecessary delay or to prejudice any party. (Pursuant to *Rule 7.6, Local Rules of the Southern District*, an affidavit of good cause has been attached to this Motion.)

WHEREFORE, Defendant, EMSA CORRECTIONAL CARE, INC., respectfully requests this Honorable Court grant its Motion for Continuance and remove this matter from the April, 2001 trial docket.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished via United States Mail, this ____ day of April, 2001 to: **CARLOS CRUANES, ESQUIRE**, HIGH, STACK, PALAHACH & CRUANES, Attorney for Plaintiff, 2655 LeJeune Road, Suite 1108, Coral Gables, Florida 33134.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
*Attorneys for Defendants*
888 East Las Olas Blvd., Suite 400
Fort Lauderdale, FL 33301
(854) 761-8600

By: _____
RICHARD T. WOULFE
FBN: 222313

2