RTW:JCP:acw
B83/50-358

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,

Plaintiff.

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA, and EMSA CORRECTIONAL
CARE, INC.

Defendant.
_____/

CASE NO.: 00-6104-CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

## AFFIDAVIT OF GOOD CAUSE TO SUPPORT MOTION FOR CONTINUANCE

STATE OF FLORIDA    )
                    )ss
COUNTY OF BROWARD   )

I HEREBY STATE THE FOLLOWING:

1. I am an attorney licensed to practice in the State of Florida and the Southern District of Florida.

2. My office has been retained to represent EMSA CORRECTIONAL CARE, INC.,and has been representing the SHERIFF OF BROWARD COUNTY, in a case entitled *Scott Earley vs. The Sheriff of Broward County and EMSA Correctional Care, Inc., Case No. 00-6104-CIV-ZLOCH,* which has been filed in the United States District Court, Southern District of Florida.

3. This case alleges a civil rights action against Defendants, EMSA CORRECTIONAL CARE, INC., and SHERIFF OF BROWARD COUNTY, FLORIDA.

4. Plaintiff filed a Motion to Amend his Complaint to add EMSA

CORRECTIONAL CARE, INC., to this matter on March 8, 2001.

5. This Court granted Plaintiff's Motion to Amend his Complaint to add EMSA CORRECTIONAL CARE, INC., as a Defendant on March 28, 2001.

6. The Defendant's will be prejudiced if this matter were to go to trial during the current trial docket. Defendant, EMSA has until at the earliest, April 17, 2001 to respond to the Amended Complaint. Defendant, Sheriff of Broward County, filed a Motion for Summary Judgment, which this Court declared to be moot on March 28, 2001 because Plaintiff was permitted to file the First Amended Complaint. It is expected the Motion will be re-filed as to the First Amended Complaint and that Defendant EMSA will be filing a similar Motion.

7. Discovery has not been completed by the Sheriff and no discovery has been possible for EMSA.

8. This Motion has been filed in good faith, and has not been filed in order to create any unnecessary delay or to prejudice any party, but merely to avoid severe prejudice to these Defendants.

FURTHER AFFIANT SAYETH NAUGHT

_____
RICHARD T. WOULFE
Florida Bar No. 222313

The foregoing instrument was acknowledged before me this $2^{nD}$ day of <u>April</u>, 2001. The above-named individual <u>RICHARD T. WOULFE</u>, is personally known to me or has produced the following identification which is current or has been issued within the past five years and bears a serial or other identifying number and did (did not) take an oath:

✓  the sworn written statement of a credible witness (who is personally known to the Notary) that the signer is personally known to the witness;

___  a driver's license or non-driver's ID issued by Florida or any other U.S. state;

_____
(Signature of Notary)

Amy Monteagudo
(Name of Notary Typed, Printed or Stamped)
NOTARY PUBLIC STATE OF _FL_
(Commission number) (Notarial Seal)
My Commission Expires: _____

OFFICIAL NOTARY SEAL
AMY C MONTEAGUDO
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC806952
MY COMMISSION EXP. [illegible]

_____
Notary Public, State of


_____
Printed of Typed Name of Notary

My Commission Expires: