UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6104-CIV-ZLOCH

SCOTT EARLEY,

    Plaintiff,

vs.

                                                    O R D E R

SHERIFF OF BROWARD COUNTY,
FLORIDA, and EMSA CORRECTIONAL
CARE, INC.,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Defendants' Motion To Continue Trial, bearing file stamp of the Clerk of this Court dated April 3, 2001, filed herein by the Defendants, Sheriff of Broward County, Florida and EMSA Correctional Care, Inc. The Court having carefully reviewed said Motion and the entire court file and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Defendants' Motion To Continue Trial be and the same is hereby **DENIED** as moot pursuant to this Court's previous Order (DE 28).

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___4th___ day of April, 2001.

                                          /s/ William J. Zloch
                                          WILLIAM J. ZLOCH
                                          Chief United States District Judge

Copies furnished:
Carlos Cruanes, Esq.
Richard T. Woulfe, Esq.