JCP:acw            UNITED STATES DISTRICT COURT
B83/50-358         SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,                  CASE NO.: 00-6104-CIV-ZLOCH

     Plaintiff,                     MAGISTRATE JUDGE SELTZER

v.                                    Florida Bar No.: 0174629

SHERIFF OF BROWARD COUNTY,
FLORIDA, and EMSA CORRECTIONAL
CARE, INC.

     Defendant.
_____/



### NOTICE OF TAKING DEPOSITION DUCES TECUM

TO:    Carlos Cruanes, Esq.
       High, Stack, Palahach & Cruanes
       3929 Ponce De Leon Boulevard
       Coral Gables, Florida 33134

**PLEASE TAKE NOTICE** that the Defendant will take the deposition of the below-named person on the date and at the hour indicated opposite his name at the office:

| NAME: | Medical Records Custodian<br>Plantation Hospital<br>401 N.W. 42nd Avenue<br>Plantation, Florida 33317 |
|---|---|
| DATE: | Thursday, April 19, 2001 |
| TIME: | 10:00 a.m. |
| LOCATION: | Bunnell, Woulfe, Kirschbaum, Keller, McIntyre & Gregoire, P.A.<br>888 East Las Olas Blvd, Suite 400<br>Fort Lauderdale, Florida 33301 |

upon oral examination, before KLEIN, BURY & ASSOCIATES, INC., Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions. The deposition will continue from day to day until completed. The deposition is being taken for the

purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by mail, this ⟨⟩ day of April, 2001.

        BUNNELL, WOULFE, KIRSCHBAUM
        KELLER, McINTYRE & GREGOIRE P.A.
        *Attorneys for Defendants*
        Post Office Drawer 030340
        888 E. Las Olas Blvd., Suite 400
        Fort Lauderdale, Florida 33303-0340
        Telephone: (954) 761-8600
        Facsimile: (954) 463-6643

        By: _____
              Jodi C. Page

cc:    Klein, Bury & Associates, Inc.

In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding contact the Court ADA Coordinator(305) 375-2006 or Court TDD (305) 375-2007, no later than seven (7) days prior to the proceeding. If Hearing impaired, telephone Court TDD (305) 375-2007 or Florida Relay Service 1-800-955-8770 for assistance.