JCP/acw  
B83/50-358

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,

    Plaintiff,

v.

SHERIFF OF BROWARD COUNTY, FLORIDA, and EMSA CORRECTIONAL CARE, INC.,

    Defendant.

_____/

CASE NO.: 00-6104-CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

## DEFENDANT, SHERIFF OF BROWARD COUNTY'S MOTION TO DISMISS

Defendant, SHERIFF OF BROWARD COUNTY, FLORIDA, (hereinafter referred to a "SHERIFF") by and through its undersigned counsel and pursuant to the Federal Rules of Civil Procedure, hereby files its Motion to Dismiss Plaintiff's Second Amended Complaint, and states as follows:

1.    The Defendant, SHERIFF OF BROWARD COUNTY FLORIDA, by and through its undersigned counsel, and pursuant to Federal Rules of Civil Procedure and federal case law, respectfully requests this Honorable Court enter an Order of Dismissal in its favor in the above-styled cause of action. In support of its Motion, Defendant submits the accompanying Memorandum of Law.

WHEREFORE, Defendant, SHERIFF OF BROWARD COUNTY requests that this Court enter an order dismissing Plaintiff's Second Amended Complaint.

1

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 9th day of April, 2001 to all counsel of record.

>     BUNNELL, WOULFE, KIRSCHBAUM,
>     KELLER, McINTYRE & GREGOIRE, P.A.
>     *Attorneys for Sheriff of Broward County*
>     Post Office Drawer 030340
>     Fort Lauderdale, Florida 33303-0340
>     Telephone: (954) 761-8600
>
>     By: _____
>          JODI C. PAGE
>          Florida Bar No. 174629