CC-6104-Zloch

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1] __Manuel Sires__ (Name of Process Server), __CAS #1175__ (Title), on __3/30/01__, 2001.

*Check one box below to indicate appropriate method of service:*

☐ Served personally upon the defendant. Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __CORPORATE SERVICE CT CORP RA FOR EMSA CORRECTIONAL__

### STATEMENT OF SERVICE FEES

Travel _____   Services _____   Total _____

FILED BY
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA
2001 APR 17 AM 10:50

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3/30/01__        __Michael S__
                                Signature of Server

   __895 So. Dixie Hwy.__
   Address of Server
   __Coral Gables Fl 33146__

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,                           CASE NO. 00-6104-CIV-ZLOCH

      Plaintiff,                       MAGISTRATE JUDGE SELTZER

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA and EMSA CORRECTIONAL
CARE, INC.,

      Defendant.
_____/



## SUMMONS IN A CIVIL CASE

TO: EMSA CORRECTIONAL CARE, INC.
    By serving CT Corporation System as registered agent
    1200 South Pine Island Road
    Plantation, Florida 33324

    YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney:

        Carlos Cruanes, Esq.
        High, Stack, Palahach & Cruanes
        2655 Le Jeune Road, Suite 1108
        Coral Gables, FL 33134
        Telephone No. 305-443-3329
        Telefax No. 305-443-0850

an answer to the second amended complaint which is herewith served upon you, within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
~~CARLOS JUENKE~~, Clerk of said Court

By: _____
    Deputy Clerk

MAR 2 9 2001
_____
Date