CC-6104-2100

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1] __MANUEL SIRES__ (Name of Process Server), __CPS#475__ (Title), on __3/29__, 2001.

*Check one box below to indicate appropriate method of service:*

☐ Served personally upon the defendant. Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __FIRM PARTNERS REFUSED SERVICE. SERVICE WAS LEFT WITH RECEPTIONIST WHO REFUSED TO PROVIDE NAME__

### STATEMENT OF SERVICE FEES

Travel     Services     Total

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3/29/01__     __M. Chiles__
                             Signature of Server

                             __878 So. Dixie Hwy__
                             Address of Server
                             __Coral Gables, FL 33146__

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

39

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,                  CASE NO. 00-6104-CIV-ZLOCH

       Plaintiff,             MAGISTRATE JUDGE SELTZER

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA and EMSA CORRECTIONAL
CARE, INC.,

       Defendant.
_____/

## SUMMONS IN A CIVIL CASE

TO:  EMSA CORRECTIONAL CARE, INC.
By serving Jodi C. Page, as attorney of record
Bunnel, Woulfe, Kirschbaum, Keller, Cohen & McIntyre, P.A.
888 East Las Olas Boulevard, Suite 400
Fort Lauderdale, FL 33303-0340

YOU ARE HEREBY SUMMONED and required to serve upon Plaintiff's attorney:

           Carlos Cruanes, Esq.
           High, Stack, Palahach & Cruanes
           2655 Le Jeune Road, Suite 1108
           Coral Gables, FL 33134
           Telephone No. 305-443-3329
           Telefax No. 305-443-0850

an answer to the second amended complaint which is herewith served upon you, within thirty (30) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
~~CARLOS JUENKE~~, Clerk of said Court

By _/s/_____
Deputy Clerk

MAR 29 2001

Date