JCP/acw  
B83/50-358

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,

    Plaintiff,

v.

SHERIFF OF BROWARD COUNTY,  
FLORIDA, and EMSA CORRECTIONAL  
CARE, INC.,

    Defendants.  
_____/

CASE NO.: 00-6104-CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

### DEFENDANT, EMSA CORRECTIONAL CARE, INC.'S
### MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

The Defendants, EMSA CORRECTIONAL CARE, INC., (hereinafter referred to as "EMSA") by and through its undersigned counsel, and pursuant to Federal Rules of Civil Procedure and federal case law, respectfully requests this Honorable Court enter an Order of Dismissal of Plaintiff's Second Amended Complaint. In support of its Motion, EMSA submits the accompanying Memorandum of Law.

WHEREFORE, Defendant, EMSA CORRECTIONAL CARE, INC. requests that this Court enter an order dismissing Plaintiff's Second Amended Complaint.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this

\7_ day of April, 2001 to: **Carlos Cruanes, Esquire**, High, Stack, Palahach & Cruanes,

Attorneys for Plaintiff, 2655 Lejune Road, Suite 1108, Coral Gables, Florida 33134.

BUNNELL, WOULFE, KIRSCHBAUM,
KELLER, McINTYRE & GREGOIRE, P.A.
*Attorneys for EMSA Correctional care, Inc.*
Post Office Drawer 030340
Fort Lauderdale, Florida 33303-0340
Telephone: (954) 761-8600

By: _____
JODI C. PAGE
Florida Bar No. 174629

2