UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6104-CIV-ZLOCH

SCOTT EARLEY,

    Plaintiff,

vs.                              **O R D E R**

SHERIFF OF BROWARD COUNTY,
FLORIDA,

    Defendant.
_____/

THIS MATTER is before the Court upon the Defendant, Sheriff of Broward County, Florida's Motion For Summary Judgment (DE 16). The Court having carefully reviewed said Motion and the entire court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant, Sheriff of Broward County, Florida's Motion For Summary Judgment (DE 16) be and the same is hereby **DENIED** as moot pursuant to this Court's Order (DE 28).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _23rd_ day of April, 2001.

                                    _/s/ William J. Zloch_
                                    WILLIAM J. ZLOCH
                                    Chief United States District Judge

Copies furnished:

Carlos Cruanes, Esq.
Gregg A. Toomey, Esq.