JCP:acw  
B83/50-358

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,

    Plaintiff,

v.

SHERIFF OF BROWARD COUNTY, FLORIDA, and EMSA CORRECTIONAL CARE, INC.

    Defendant.  
_____/

CASE NO.: 00-6104-CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

Florida Bar No.: 0174629



### NOTICE OF TAKING DEPOSITION DUCES TECUM

TO: Carlos Cruanes, Esq.  
    High, Stack, Palahach & Cruanes  
    3929 Ponce De Leon Boulevard  
    Coral Gables, Florida 33134

**PLEASE TAKE NOTICE** that the Defendant will take the deposition of the below-named person on the date and at the hour indicated opposite his name at the office:

| NAME: | Medical Records Custodian<br>North Broward Hospital District<br>Attn: Crystal Alexander<br>201 East Sample Road<br>Pompano Beach, Florida 33064 |
|---|---|
| DATE: | Thursday, May 3, 2001 |
| TIME: | 10:00 a.m. |
| LOCATION: | Bunnell, Woulfe, Kirschbaum, Keller, McIntyre & Gregoire, P.A.<br>888 East Las Olas Blvd, Suite 400<br>Fort Lauderdale, Florida 33301 |

upon oral examination, before KLEIN, BURY & ASSOCIATES, INC., Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions. The deposition will continue from day to day until completed. The deposition is being taken for the



COMPLIANCE OF S.D. fla. L.R. 5.1.A./

purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by mail, this ⎯⎯⎯ day of April, 2001.

> BUNNELL, WOULFE, KIRSCHBAUM
> KELLER, McINTYRE & GREGOIRE P.A.
> *Attorneys for Defendants*
> Post Office Drawer 030340
> 888 E. Las Olas Blvd., Suite 400
> Fort Lauderdale, Florida 33303-0340
> Telephone: (954) 761-8600
> Facsimile: (954) 463-6643
>
> By: _____
> Jodi C. Page

cc:   Klein, Bury & Associates, Inc.

In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within a reasonable time prior to any proceeding contact the Court ADA Coordinator(305) 375-2006 or Court TDD (305) 375-2007, no later than seven (7) days prior to the proceeding. If Hearing impaired, telephone Court TDD (305) 375-2007 or Florida Relay Service 1-800-955-8770 for assistance.

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE P.A. , P.O. DRAWER 030340, FORT LAUDERDALE, FL 33303-0340 • (954) 761-8600

2