FILED by _____ D.C.
DKTG

JUN 2 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,            CASE NO.: 00-6104-CIV-ZLOCH

    Plaintiff,               MAGISTRATE JUDGE SELTZER

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA, and EMSA CORRECTIONAL
CARE, INC.,

    Defendants.
_____/

### DEFENDANT, EMSA CORRECTIONAL CARE, INC'S NOTICE OF COMPLIANCE

The Defendant, EMSA CORRECTIONAL CARE, INC., (hereinafter referred to as "EMSA"), by and through its undersigned counsel files its Notice of Compliance with the Court's Order of May 30, 2001 requiring Defendant's response to Plaintiff's discovery by June 18, 2001.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 19 day of June, 2000, to: **CARLOS CRUANES, ESQUIRE**, HIGH, STACK, PALAHACH & CRUANES, Attorneys for Plaintiff, 2655 LeJeune Road, Suite 1108, Coral Gables, Florida 33134.

                               BUNNELL, WOULFE, KIRSCHBAUM,
                               KELLER, McINTYRE & GREGOIRE, P.A.
                               *Attorneys for EMSA/BSO*
                               888 East Las Olas Boulevard, 4th Floor
                               Fort Lauderdale, Florida 33301
                               Phone:     (954) 761-8600
                               Facsimile   (954) 463-6643
                               By:_____
                               JODI C. PAGE
                               Florida Bar No. 0174629