JCP:acw                    UNITED STATES DISTRICT COURT
B83/50-358                 SOUTHERN DISTRICT OF FLORIDA


SCOTT EARLEY,                              CASE NO.: 00-6104-CIV-ZLOCH

        Plaintiff,                         MAGISTRATE JUDGE SELTZER

v.                                         Florida Bar No.: 0174629

SHERIFF OF BROWARD COUNTY,
FLORIDA, and EMSA CORRECTIONAL
CARE, INC.

        Defendant.
_____/

## NOTICE OF TAKING DEPOSITION DUCES TECUM

TO:    Carlos Cruanes, Esq.
       High, Stack, Palahach & Cruanes
       3929 Ponce De Leon Boulevard
       Coral Gables, Florida 33134

       **PLEASE TAKE NOTICE** that the Defendant will take the deposition of the below-named
person on the date and at the hour indicated opposite his name at the office:

| NAME: | Medical Records Custodian<br>Gold Coast Home Health Services<br>911 E. Atlantic Boulevard<br>Pompano Beach, Florida 33060 |
|---|---|
| DATE: | Wednesday, August 8, 2001 |
| TIME: | 11:00 a.m. |
| LOCATION: | Bunnell, Woulfe, Kirschbaum, Keller, McIntyre & Gregoire, P.A.<br>888 East Las Olas Blvd, Suite 400<br>Fort Lauderdale, Florida 33301 |

upon oral examination, before KLEIN, BURY & ASSOCIATES, INC., Notary Public in and for
the State of Florida at Large, or some other officer duly authorized by law to take depositions. The
deposition will continue from day to day until completed. The deposition is being taken for the

**COPIES NOT PROVIDED** -

purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

I **HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by mail, this ١٩ day of July, 2001.

BUNNELL, WOULFE, KIRSCHBAUM
KELLER, McINTYRE & GREGOIRE P.A.
*Attorneys for Defendants*
Post Office Drawer 030340
888 E. Las Olas Blvd., Suite 400
Fort Lauderdale, Florida 33303-0340
Telephone: (954) 761-8600
Facsimile: (954) 463-6643

By: _____
Jodi C. Page

cc:    Klein, Bury & Associates, Inc.

*"In accordance with the Americans With Disabilities Act of 1990, all persons who are disabled and who need special accommodations to participate in this proceeding because of that disability should contact the ADA Coordinator not later than five business days prior to the proceeding at 201 S.E. 6th Street, Room 136, Fort Lauderdale, FL, 33301. Telephone 954-831-7721 and if hearing impaired, (TDD) 954-831-6364 or Voice (V) 1-800-955-8770 via Florida Relay Services."*

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340 • (954) 761-8600

2