JCP:jnl   UNITED STATES DISTRICT COURT
B83/50-358   SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,   CASE NO.: 00-6104-CIV-ZLOCH

Plaintiff,   MAGISTRATE JUDGE SELTZER

v.   Florida Bar No.: 0174629

SHERIFF OF BROWARD COUNTY,
FLORIDA, and EMSA CORRECTIONAL
CARE, INC.

Defendant.
_____/

### SECOND RE-NOTICE OF TAKING DEPOSITION

TO:   Carlos Cruanes, Esq.
High, Stack, Palahach & Cruanes
3929 Ponce De Leon Boulevard
Coral Gables, Florida 33134



**PLEASE TAKE NOTICE** that the Defendant will take the deposition of the below-named person on the date and at the hour indicated opposite her name at her office:

| NAME: | Arlene Richards, M.D.<br>4100 South Hospital Drive<br>Suite 300<br>Plantation, Florida 33317 |
|---|---|
| DATE: | Friday, August 31, 2001 |
| TIME: | 2:30 p.m. |
| LOCATION: | 4100 South Hospital Drive<br>Suite 300<br>Plantation, Florida 33317 |
|  |  |

upon oral examination, before KLEIN, BURY & ASSOCIATES, INC., Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions. The

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340 • (954) 761-8600

55

deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable and governing rules.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by mail, this 3 day of August, 2001.

BUNNELL, WOULFE, KIRSCHBAUM
KELLER, McINTYRE & GREGOIRE P.A.
*Attorneys for Defendants*
Post Office Drawer 030340
888 E. Las Olas Blvd., Suite 400
Fort Lauderdale, Florida 33303-0340
Telephone: (954) 761-8600
Facsimile: (954) 463-6643

By: _____
Jodi C. Page

cc:   Klein, Bury & Associates, Inc.