UNITED STATES DISTRICT COURT
B83/50-358    SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,                          CASE NO.: 00-6104-CIV-ZLOCH

    Plaintiff,                         MAGISTRATE JUDGE SELTZER

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA and EMSA CORRECTIONAL
CARE, INC., a corporation

    Defendants.
_____/

### *DEFENDANTS' MOTION FOR SUMMARY JUDGMENT*

Pursuant to *Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7.5*, the Defendants, SHERIFF OF BROWARD COUNTY FLORIDA (hereinafter referred to as "SHERIFF") and EMSA CORRECTIONAL CARE, INC. (hereinafter referred to as "EMSA"), move for entry of summary judgment in their favor as to the Plaintiff's claims in this case. In support of their motion, Defendants submit the accompanying Memorandum of Law and Statement of Facts.

WHEREFORE, Defendants, SHERIFF OF BROWARD COUNTY FLORIDA and EMSA CORRECTIONAL CARE, INC., request that the Court enter final summary judgment in their favor on the Plaintiff's claims in their entirety.

I HEREBY CERTIFY that a true and correct copy of the foregoing MOTION

1

AUG 1 5 2001

FOR SUMMARY JUDGMENT was furnished this \O day of August, 2001, by

U.S. Mail, postage prepaid, to: CARLOS CRUANES, ESQUIRE, HIGH, STACK,

PALAHACH & CRUANES, Attorneys for Plaintiff, 2655 LeJeune Road, Suite 1108,

Coral Gables, Florida 33134.

> BUNNELL, WOULFE, KIRSCHBAUM,
> KELLER, McINTYRE & GREGOIRE, P.A.
> Attorneys for Defendants
> 888 East Las Olas Blvd., Suite 400
> Fort Lauderdale, FL 33301
> (854) 761-8600

By: _____

Dated: August 10, 2001  
Ft. Lauderdale, Florida

JODI C. PAGE  
FBN: 0174629

2