UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,

CASE NO.: 00-6104-CIV-ZLOCH

Plaintiff,

MAGISTRATE JUDGE SELTZER

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA, and EMSA CORRECTIONAL
CARE, INC.,

Defendants.
_____/

### DEFENDANT, EMSA CORRECTIONAL CARE, INC'S NOTICE OF FILING DEPOSITION

The Defendant, EMSA CORRECTIONAL CARE, INC., (hereinafter referred to as "EMSA"), by and through its undersigned counsel hereby files the Deposition of Scott Earley taken November 7, 2000.

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 10 day of August, 2001, to: **CARLOS CRUANES, ESQUIRE,** HIGH, STACK, PALAHACH & CRUANES, Attorneys for Plaintiff, 2655 LeJeune



AUG 1 5 2001

Road, Suite 1108, Coral Gables, Florida 33134.

>BUNNELL, WOULFE, KIRSCHBAUM,
>KELLER, McINTYRE & GREGOIRE, P.A.
>*Attorneys for EMSA/BSO*
>888 East Las Olas Boulevard, 4th Floor
>Fort Lauderdale, Florida 33301
>Phone:        (954) 761-8600
>Facsimile     (954) 463-6643
>By: _____
>     JODI C. PAGE
>     Florida Bar No. 0174629