UNITED STATES DISTRICT COURT
B83/50-358  SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,  CASE NO.: 00-6104-CIV-ZLOCH

Plaintiff,  MAGISTRATE JUDGE SELTZER

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA and EMSA CORRECTIONAL
CARE, INC.,

Defendants.
_____/

## DEFENDANTS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants, SHERIFF OF BROWARD COUNTY, and EMSA CORRECTIONAL CARE, INC., by and through their undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, and the Local Rules of the Southern District of Florida hereby move for entry of an Order extending the time in which to reply to Plaintiff's Response to Defendants' Motion for Summary Judgment. The grounds for this motion are as follows:

1. Plaintiff served Defendants with a copy of his Response to their Motion for Summary Judgment by regular mail on August 27, 2001.

2. A copy of the motion was not received in defense counsel's office until August 29, 2001.

3. The deadline to reply to said motion was September 7, 2001.

4. Counsel for Defendants was out of town on unrelated cases, and not in the office during the week of September 3-7, 2001.

5. Counsel for Defendant did not have an opportunity to review, in detail, Plaintiff's motion, until September 10, 2001, which was one day beyond the time period in which Defendants were to file their response with the Court.

6. This Motion has been filed in good faith and not interposed for the purposes of delay.

7. In compliance with Local Rule 7.1A.3(a), undersigned counsel certifies that she has consulted with Plaintiff counsel's office to discuss the necessity for additional time to respond to said motion.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an Order granting Defendants a five (5) day extension of time within which to respond to Plaintiff's Response to Defendants' Motion for Summary Judgment.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished via United States Mail, this \_\_\_ day of September, 2001 to: CARLOS CRUANES, ESQUIRE, HIGH, STACK, PALAHACH & CRUANES, Attorneys for Plaintiff, 2655 LeJeune Road, Suite 1108, Coral Gables, Florida 33134.

> BUNNELL, WOULFE, KIRSCHBAUM,
> KELLER, McINTYRE & GREGOIRE, P.A.
> Attorneys for Defendants
> 888 East Las Olas Blvd., Suite 400
> Fort Lauderdale, FL 33301
> (854) 761-8600
>
> By: _____
> JODI C. PAGE
> Florida Bar No. 174629