UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,                    CASE NO.: 00-6104-CIV-ZLOCH

Plaintiff,                      MAGISTRATE JUDGE SELTZER

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA, and EMSA CORRECTIONAL
CARE, INC.,

**NIGHT BOX
FILED**

Defendants.

_____/

SEP 1 4 2001

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## DEFENDANTS' NOTICE OF FILING AFFIDAVIT

The Defendants, SHERIFF OF BROWARD COUNTY and EMSA CORRECTIONAL

CARE, INC., by and through their undersigned counsel hereby file the Affidavit of Marie Irvin dated

September 14, 2001.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this $\frac{1}{14}$

day of September, 2001, to: **CARLOS CRUANES, ESQUIRE,** HIGH, STACK, PALAHACH &

CRUANES, Attorneys for Plaintiff, 2655 LeJeune Road, Suite 1108, Coral Gables, Florida 33134.

> BUNNELL, WOULFE, KIRSCHBAUM,
> KELLER, McINTYRE & GREGOIRE, P.A.
> *Attorneys for EMSA/BSO*
> 888 East Las Olas Boulevard, 4th Floor
> Fort Lauderdale, Florida 33301
> Phone:        (954) 761-8600
> Facsimile     (954) 463-6643
> By: _____
>      JODI C. PAGE
>      Florida Bar No. 0174629

STATE OF FLORIDA            )
                           )ss
COUNTY OF BROWARD           )

 I HEREBY STATE THE FOLLOWING:

1. I am the official custodian of the medical records for the North Broward Detention Center

2. I have reviewed the copy of the medical chart of Scott Earley which is attached as "Exhibit 1" to this affidavit.

3. The medical chart attached as "Exhibit 1" was made by members of the medical staff, nurses, and other employees of the medical department at the North Broward Detention Center.

4. The medical chart attached to this affidavit is a complete and accurate copy of the medical chart of Scott Earley for his incarceration in the Broward County Jail system from February 16, 1999 - February 26, 1999.

5. It is in the regular course of business for members of the medical staff at the North Broward Detention Center with personal knowledge of an act, event, statement, condition, or medical study to record information thereof to be included in an inmate's medical chart.

6. Subsequent to each medical staff member's entry into the chart of Scott Earley, the documents which made up Scott Earley's medical chart were maintained by me as the records custodian at the North Broward Detention Center.

7. The memoranda or documents that were placed in Scott Earley's original medical chart were original entries which were made by members of the medical staff at the North Broward Detention Center.

" Exhibit A "

STATE OF FLORIDA        )
                        )ss
COUNTY OF BROWARD        )

I HEREBY STATE THE FOLLOWING:

1.  I am the official custodian of the medical records for the North Broward Detention
    Center

2.  I have reviewed the copy of the medical chart of Scott Earley which is attached as
    "Exhibit 1" to this affidavit.

3.  The medical chart attached as "Exhibit 1" was made by members of the medical staff,
    nurses, and other employees of the medical department at the North Broward
    Detention Center.

4.  The medical chart attached to this affidavit is a complete and accurate copy of the
    medical chart of Scott Earley for his incarceration in the Broward County Jail system
    from February 16, 1999 - February 26, 1999.

5.  It is in the regular course of business for members of the medical staff at the North
    Broward Detention Center with personal knowledge of an act, event, statement,
    condition, or medical study to record information thereof to be included in an
    inmate's medical chart.

6.  Subsequent to each medical staff member's entry into the chart of Scott Earley, the
    documents which made up Scott Earley's medical chart were maintained by me as
    the records custodian at the North Broward Detention Center.

7.  The memoranda or documents that were placed in Scott Earley's original medical
    chart were original entries which were made by members of the medical staff at the
    North Broward Detention Center.

Affidavit of Marie Irvin
Page 2

FURTHER AFFIANT SAYETH NAUGHT.

Marie Ervin
MARIE IRVIN

BEFORE ME, the undersigned authority, personally appeared MARIE IRVIN,

who after being duly cautioned and sworn, deposed and stated that he/she has read the

foregoing, and the facts set forth therein are true and correct to the best of her knowledge,

information and belief.

SWORN TO and SUBSCRIBED before me this _____ 14 _____ day of _Septembe_,

200Q.

Notary Public, State of

My Commission expires:

MINERVA C. FINNK
COMMISSION # CC754363
EXPIRES AUG 21, 2002
BONDED THROUGH
ADVANTAGE NOTARY OF FLORIDA

MINERVA C. FINNK
COMMISSION # CC754363
EXPIRES AUG 21, 2002
BONDED THROUGH
ADVANTAGE NOTARY OF FLORIDA

**EMSA CORRECTIONAL CARE**

**PROGRESS NOTES**

| Date/Time | Inmate Name: Farley Scott    ID BS 993723 D.O.B.: 2/16/72 |
|-----------|------------------------------------------------------------|
| 2/25/99 2:00pm | Fac. Note: Blood drawn for SGOT per protocol  Yvonne Wilchermá YVONNE WILCHER, MA NBB |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

CC 003

*Complete Both Sides Before Using Another Sheet*

**EMSA** *CORRECTIONAL CARE*

**PROGRESS NOTES**

| Date/Time | Inmate Name: EARLEY, Scott ID # 65993723 D.O.B.: 71/61/72 |
|-----------|--------------------------------------------------------------|
| 7/18/99 | P.A. note |
| 10:20 AM | S/ 27 y.o. w/male paraplegic |
| | Hx of spinal cord injury |
| | 30 to MVA (march '85) |
| | Refer to clinic for |
| | evaluation of Sacral Decub |
| | + med. renewal. |
| | Patient also states Hx of |
| | Cholecystectomy / Pancreatitis |
| | under the care of Dr. Atkins |
| | in Plantation. Hx Barlow |
| | Disease of / Tagamet in |
| | Question. 30 to UTI & did |
| | did not complete Rx. |
| | O/ 98.3    100    18    120/76 |
| | Patient in wheel chair w/ NAD, |
| | ⊕ 3 cm /1.5 cm Decubit |
| | ulcers in sacrum |
| | extends ⊕ Chronic EDEMA |
| | A/ Sacral Decubit |
| | Hx of Spinal cord injury |
| | w/ ↓ E/ By. Hx |
| | Chronic Ankle/Foot EDEMA. |
| | P/ will see orders |
| | E/ med. renew |
| | RTC — (HCN) |
| | ERIN CODY, MD    Nathalie M. Innocent |

CC 023                                                                    PAC        5/95

# EMSA *CORRECTIONAL CARE*

**PROGRESS NOTES**

| Date/Time | Inmate Name: Farley, Scott | ID # BS993723 | D.O.B.: 2/16/72 |
|---|---|---|---|
| 2/16/99 1800 | S: "I was in a car accident. I do self-caths as needed. I take lots of medication and I'm supposed to have an air mattress because | | |
| weight deferred | I have a grade 3 ulcer on my sacrum." | | |
| | O: A+O×3, uses WC to ambulate, US = 120/80- 102- 20-98⁴, c/o back pain, straight cath given to pt who performs own caths. | | |
| | A: Alt mobility – special needs | | |
| | P: Inf Obs until transport to NBB | | |
| | E: Ouduited to infirmary, access medical as needed. ———— ~~Glenda Oreo~~ DBACK RN MAIN JAIL BROWARD | | |
| 2/17/99 0300 | S: pt states no complaints | | |
| | O: 27 YOA WM. AAO×3 - paraplegic states self cath - + incontinent of stool - States I have no control, Sacral decub noted - 4" inch wide- c̄ mild yellow drainage buttock is red - pt states alile to transfer to w/l c̄ assistance - US 102/88, 80/1. 98⁶ 20 | | |
| | A - Alt in ambulation | | |
| | P - Continue c̄ POC. | | |
| | E - monitored as needed - inf. ~~D.L.K.~~ | | |

**EMSA** *CORRECTIONAL CARE*

---

## INTRASYSTEM TRANSFER SUMMARY

Transferring Facility: _MJB_

Inmate I.D. # _B5993723_

Inmate Name: _Garley, Scott_ D.O.B.: _2/16/72_

Date of Last H & P: _Due 2/25_ Date of Last PPD: _Due 2/25_ Results: _N/A_

Allergies: _PCN_

Current Health Problems: _Paraplegic, hx Psych, sacral ulcer_

Current Medication (Name, Dosage, Frequency, Duration:) _Bactrim DS T p.o. BID x 5d,_
_Baclofen 10 mg TID x 30d, Tagamet 400 mg T p.o. BID x 30d_

Physical Disabilities/Limitation: _uses WC - paraplegic_

Assistive Devices/Prosthetics: _WC_

Glasses: _"NONE PER CHART REVIEW"_ Contacts: _"NONE PER CHART REVIEW"_

Follow-up care needed: _Psych Hold - takes Zoloft @ home_

Signature _Ch Hoback RN_ CHARLOTTE HOBACK RN
MAIN JAIL BROWARD Date _2/16/99_

---

## TRANSFER RECEPTION SCREENING

Facility: _NBB_ T ___ P _Deferred_ R ___ B/P ___

S: Current Complaint: _Hx Psych Hx Paraplegia Hx Sacral Ulcer_

Current Medications/Treatment: _Bactrim, Baclofen, Tagamet._

O: Physical Appearance/Behavior: _AAOx3 in w/c incontinent self cath_
_poor hygiene_

Disposition: ( ✓ ) General Population ( ✓ ) Infirmary    Referral: ( ✓ ) Medical ( ) Dental ( ✓ ) Mental Health

When: ( ) Immediately ( ) Sick Call ( ) Other _____

Signature _Borut LPN_ Date _2/17/99_

CC 027                                                                                      7/94

**EMSA** *CORRECTIONAL CARE*

**PHYSICIAN'S ORDERS**

INMATE NAME: Early, Scott
ID #: BS993723
D.O.B. 2/16/72
ALLERGIES: PCN
Use Last    Date 2.25 99

DIAGNOSIS (If Chg'd) N/V

Tigan 200mg IM Q6° PRN x 72hrs

V/O Dr. Cody
ERIN CODY, MD
NBB

---

INMATE NAME: Barly Scott
ID #: BS993723
D.O.B. 2/16/72
ALLERGIES: PCM
Use Fourth    Date 2/25/99

DIAGNOSIS (If Chg'd)

① Zalaph 150 mg x 20 days
7.0 9 AM

Maurice Waldman, MD
Margaret Kaye, Staff Physician
NBDC / CONTE

Wunderman by

---

INMATE NAME: Earley, Scott
ID #: BS993723
D.O.B. 2/16/72
ALLERGIES: PCN
Use Third    Date 2/21/99

DIAGNOSIS (If Chg'd) + PPD
Chest X Ray
SGOT

Marie Hall / RN
NBDC

Chest X-ray done
x-ray 2/5/99

---

INMATE NAME: Early, Scott
ID #: BS993723
D.O.B. 2/16/72
ALLERGIES: PCN
Use Second    Date 2/18/99

DIAGNOSIS (If Chg'd)

Dilensin D's @ 3 D P qo
E N.S.S Wu - 600 and azhec
Hydrochelic Polyurethane Deu
Glencal TTT Tab VG BID x10a

Janica O'Connor RN
NBB Conte
ERIN CODY, MD
NBB

Nathalie M. Innocent
PAC

---

INMATE NAME: Earley, Scott
ID #: BS993723
D.O.B. 2/16/72
ALLERGIES: PCN
Use First    Date 2/15/99

DIAGNOSIS

Ted St ack
LGG Crate
SMCFREIX DS T (w) BID x2 da
BAC pe 500g (R) F.E.) x30m
Ta Went um (R) BID x30D

Janica O'Connor RN
NBB Conte
ERIN CODY, MD
NBB

**EMSA** *CORRECTIONAL CARE*

**PHYSICIAN'S ORDERS**

| INMATE NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: | |
| | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| | |
| Use Last        Date    /    / | |

| INMATE NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: | |
| | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| | |
| Use Fourth        Date    /    / | |

| INMATE NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: | |
| | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| | |
| Use Third        Date    /    / | |

| INMATE NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| ID #: | |
| | |
| D.O.B.    /    / | |
| ALLERGIES: | |
| | |
| Use Second        Date    /    / | |

INMATE NAME: Earley, Scott
ID #: B5993723

D.O.B. 2/16/72
ALLERGIES: PCN

Use First        Date 2/16/99

DIAGNOSIS
UA
Bactrim DS ī BID x 5 days
Baclofen ~~40 error~~ 10 mg TID x 30d
Tagamet 400mg ī po. BID x 30d
T.O. Dr. Dauphin / CHobeck RN  CHARLOTTE HOBACK RN
MAIN JAIL BROWARD

| MEDICATION ORDERS | HR | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 1 | | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dsg. Δ Q3 days -See treatment log - | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START: | | | | | | | | | | | | | | | | STOP: | | | | | | | | | | | | | | |
| Tylenol III tabs PO BID x 10 days | A/P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START: 2·15 | | | | | | | | | | | | | | | | STOP: 2-24-99 | | | | | | | | | | | | | | |
| Bactrim DS T po BID x 7 days | A/P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START: 2·15 | | | | | | | | | | | | | | | | STOP: 2-22 2-25-99 | | | | | | | | | | | | | | |
| Baclofen 20mg po TID x 30 days | A/P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START: 2·15 | | | | | | | | | | | | | | | | STOP: | | | | | | | | | | | | | | |
| Tagamet 400mg PO BID x 30 days. | A/P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START: 2·15 | | | | | | | | | | | | | | | | STOP: 3-20-5 9 | | | | | | | | | | | | | | |
| Ted Stockings | D | | | | | on person | | | | | | | | | | | | | | | | | | | | | | | | |
| START: 2·2·7 | | | | | | | | | | | | | | | | STOP: | | | | | | | | | | | | | | |
| ⊕ Baclofen 20mg PO TID x 30 days | A/N/P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START: 2-18-99 | | | | | | | | | | | | | | | | STOP: 3-20-99 | | | | | | | | | | | | | | |
| Eggcrate Mattress | | | | | | | | | | | | | | | | | STOP: | | | | | | | | | | | | | | |
| START: 2·24 | | | | | | | | | | | | | | | | STOP: | | | | | | | | | | | | | | |
| Zoloft 150mg PO Q AM x 30 days 2/25/99 | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START: | | | | | | | | | | | | | | | | STOP: | | | | | | | | | | | | | | |
| Tigan 200mg IM Q6° PRN x 72 hrs 2/25 | A/P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START: 2/25 | | | | | | | | | | | | | | | | STOP: | | | | | | | | | | | | | | |
| START: | | | | | | | | | | | | | | | | STOP: | | | | | | | | | | | | | | |

| | | | |
|---|---|---|---|
| ALLERGY: PCN | | NURSE'S SIG./TITLE | INT. |
| | | BERNHAN H. Hallaw | MB WW |
| DIAGNOSIS: Spinal cord inj. | DIET Reg | Wan LA | |
| PHYSICIAN Imaccent | PHYSICIAN PHONE # | Jones L Bambi Haines, LPN | JH |
| FACILITY NBB | HOUSING LOCATION LOI | Davidson, RL | LD |
| PATIENT NAME FARLEY, Scott | INMATE # RS993723 | DOB 2·16·72 | 3 Salerno / RN | SS |

NURSE'S SIG./TITLE: Janice O'Connor / RN NBB-Conte

Linda Imhoff, LPN X2
NBDC / CONFIE

MEDICATION ADMINISTRATION RECORD

| VITAL SIGNS | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TEMP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PULSE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RESP. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| B.P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WEIGHT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

### PRN AND MEDICATIONS ADMINISTERED

| DATE | TIME | DRUG | STRENGTH | REASON | NURSE INT | DATE | TIME |
|---|---|---|---|---|---|---|---|
| 2/6 | 8p | Tylan IM | 200mg | N/V | AC | | |
| | | | | | | | |

### MEDICATIONS NOT ADMINISTERED

| DATE | TIME | DRUG | STRENGTH | REASON | NURSE IN |
|---|---|---|---|---|---|
| | | | | | |

REASONS:
1. REFUSED
2. NO-SHOW
3. INMATE NOT IN CELL
4. MEDICATION OUT OF STOCK

5. LOCKDOWN
6. SELF-ADMINISTERED
7. OUT TO COURT
8. OTHER

| MONTH/YEAR | MEDICATION ADMIN RECORD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MEDICATION ORDERS | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

TAGAMET 400mg
Po BID x 30 days.
START: 2-18   STOP: 2-20

BACLOFEN 20mg po
TID x 30 DAYS
START: 2-15   STOP: 3-2

Zoloft 150mg Po
QAM X 30day
2/20/99

Rc / 99

ERROR
~~Informed Consent~~

ALLERGY: PCN

DIAGNOSIS: SPINAL CORD INJ

YSICIAN: Innocent

FACILITY: NBB

PATIENT NAME: EARLEY, SCOTT

DIET: Reg

PHYSICIAN PHONE #

HOUSING LOCATION: E2   2

INMATE #: 85993723

D.O.B 2-16-72

NURSE'S SIG /TITLE: Jones L   INT: M

NURSE'S SIG/TITLE   INT

| MEDICATION ORDERS | HR | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**MONTH/YEAR** — MEDICATION ADMIN RECORD

Bactrim DS ꝼ p.o. BID x 5d
A / D
START: 2/16/99    STOP: 2/20/99

Baclofen 10 mg p.o. TID x 30d
A / N / P
START: 2/16/99    STOP: 3/16/99

Tagamet 400 mg ꝼ p.o. BID x 30d
A / P
START: 2/16/99    STOP: 3/16/99

START:    STOP:
START:    STOP:
START:    STOP:
START:    STOP:
START:    STOP:
START:    STOP:
START:    STOP:

ALLERGY: PCN

DIAGNOSIS: paraplegic

PHYSICIAN: Dauphin

FACILITY: MJB

PATIENT NAME: Farley, Scott

DIET: Reg

PHYSICIAN PHONE #:

HOUSING LOCATION: DNf  M4#6

INMATE #: B5993723

NURSE'S SIG./TITLE    INT.
MAIN JAIL BROWARD

NURSE'S SIG./TITLE    INT.

Colleen Humph CN

D.O.B  2/16/72

12000 Biscayne Blvd.
Miami, FL 33181
Medicare # L8763 · H.R.S. #800001920
CLIA #10DO686490 · Medicaid #030489100

**BIOTRACE**
LABORATORIES, INC.

Dade: 305/899-9905
All Other: 800-895-9905
Fax: 305/899-8920

ACCOUNT NO. 000003334
NORTH BROWARD JAIL
1550 BLOUNT ROAD
POMPANO BEACH, FL 33069
PH (954) 831-3526

Name: EARLEY, SCOTT
Phone:
SS:            Sex:    M
D.O.B.    BS993723    Age:    28Y
Physician:    02/16/71
NORTH BROWARD J Page:    1

**REQUISTION #          LAB #          COLLECTION DATE/TIME          REVIEW DATE/TIME**

000419229          000419229          02/25/99  14:00                    02/26/99  07:37

**REPORT STATUS:**

          **NORMAL RANGE**                    ALERT VALUE    UNITS    REF. RANGE

COMPLETE                                        RECEIVED    MAR - 1 1999

AST (SGOT)                                  14 L        IU/L        16-40

LOOK TO FILE
M.D. INITIAL                    ERIN CODY, MD
                                NBB        DATE 3/1/99

UPGUARTT
FOLLOW

☐ NO FURTHER ACTION
RECT'D          UNIT

# Portable Medical Diagnostics, Inc.

**Radiology Report**
2677 Forest Hill Blvd., Ste. 106
West Palm Beach, Florida   33406   (561) 964-7984



| | |
|---|---|
| Patient Name: | Early, Scott |
| Arrest Number: | BS993723 |
| DOB: | 02/16/72 |
| Patient Id: | 33-3723 |
| Study: | CXR |
| Facility: | NBB |

RECEIVED MAR - 1 1999

### Chest Radiograph,   02/25/99:

A single AP film of the chest was obtained. There are no previous films for comparison.

The heart is not enlarged. There are posterior internal fixation rods overlying the lower thoracic and visualized lumbar spine and there is an inferior vena cava filter overlying the mid right abdomen. The remainder of the lung fields are clear and there are no pleural effusions demonstrated.

### Impression:

No evidence for active cardiopulmonary pathology or tuberculosis.

Signed:
Fred Laufer, M.D.
February 26, 1999
Electronically signed

FL/cs

.M.S.A. - CORRECTIONAL CAR.
FORENSIC MENTAL HEALTH SERVICES

INITIAL PSYCHIATRIC EVALUATION

DATE: 2 / 29 / 98    TIME: 11 30/AM

IDENTIFYING DATA: 27 Y/O M / M

CHARGES: D.U.D

CHIEF COMPLAINT: "I feel depressed"

REASON FOR REFERRAL: by lawyer called for R/A

HX OF THE PRESENT ILLNESS: he has been depressed since his accident in April 1993 - he was miserable for months _____ prayer was tried first → vomiting on zoloft more frequent 98 _____ symptoms were alleviated

CURRENT PSYCHOTROPICS: Zoloft 150 mgm q A.M.

_____

ALCOHOL/DRUG HX: ↑

SUBSTANCE: alcohol

AGE STARTED: 21 Y/O

ROUTE:

AMOUNT: 6 packs on week end

PAST MEDICAL HX: ↑

ILNESSES: paraplegia. left more. unresolved dx

HOSPITALIZATION: ↑

SURGERIES: 2 surgery on back and legs

HEAD INJURIES: none

ALLERGIES: penicillin

CURRENT NON-PSYCHOTROPIC MEDICATION(S) Bactrim, Macrobid, tegumel

NAME Baray Scott    R M   S M   DOB 2.16.73    5993732

PAST PSYCHIATRIC HX: _____✝_____

HOSPITALIZATIONS _____

WHEN _____

WHERE _____ more _____

WHY _____

LENGTH OF TIME. _____

OUTPATIENT TX: _____

WHEN _____ private psy consultant _____

WHERE _____

SUICIDE ATTEMPTS: _____ one _____

WHEN _____

WHERE _____

WHY _____

HOW SEVERE _____ one dose in darford _____

HX OF ARRESTS:
JUVENILE / ADULT _____

SCHOOLING: _____14 th grade _____

MARITAL: _____

ARMED FORCES: _____

OCCUPATION: _____ P V professice. _____

FAMILY PSYCH HX:

1.  PSYCHOLOGICAL PROBLEMS
    HOSPITALIZATIONS
    PSYCHOTROPICS _____

2.  ALCOHOL/DRUG ABUSE _____

3.  HX OF SUICIDE _____

MENTAL STATUS EXAMINATION:
    ALERT/DROWSY/LITHARGIC
    BEHAVIOR:    APPROPRIATE/INAPPROPRIATE DESCRIBE) _____

    ATTITUDE:    COOPERATIVE/HOSTILE/GUARDED/DEFENSIVE/SUSPICIOUS/OPPOSITIONAL
                 PASSIVE/APATHETIC/MANIPULATIVE _____

    ORIENTATION: PERSON/PLACE/TIME/SITUATION ____ X 4. _____

    EYE CONTACT: NO/POOR/FAIR/GOOD _____

    APPEARANCE:  NEAT/DISHEVELLED/UNKEPT/WELL GROOMED _____

                 YOUNGER/OLDER/STATED _____

    PSYCHOMOTER ACTIVITY:
                 INCREASED/DECREASED/NORMAL _____

    IMMEDIATE MEMORY:    GOOD/FAIR/POOR _____

    RECENT MEMORY:       GOOD/FAIR/POOR _____

NAME Darley Scott    R M S M  DOB 2·16·72  65993722

INITIAL PSYCHIATRIC EVALUA                                                    PAGE 3

REMOTE MEMORY:           GOOD/FAIR/POOR _____

CONCENTRATION:          GOOD/FAIR/POOR _____

ABILITY TO THINK ABSTRACTLY:    GOOD/FAIR/POOR _____
    WITH SIMILARITIES AND DIFFERENCES - WITH PROVERBS _____

HALLLUCINATIONS:        ADMITS/DENIES/ACTIVELY HALLUCINATING _____
                        CONTENT    AUD/VIS/TACT/OLFAC/GUSTATORY _____

DELUSIONS:              PRESENT/ABSENT _____
                        NATURE/CONTENT _____

SPEECH:                 COHERENT/LOOSE/TANGENTIAL/CIRCUMSTANTIAL/LOUD/SOFT/
                        MONOTONOUS/SLOW/RAPID/PRESSURED _____

MOOD:                   EUTHYMIC/DEPRESSED/SAD/IRRITABLE/ANXIOUS/ANGRY/HOSTILE/LABILE/
                        CHEERFUL/HAPPY/EUPHORIC _____

AFFECT:                 APPROPRIATE/INAPPROPRIATE/BROAD/CONSTRICTED/FLAT _____

SLEEP:                  INCREASED/DECREASED _____

APPETITE:               INCREASED/DECREASED _____ 0 4 _____

SUICIDE:                IDEATION (YES/NO) INTENTION (YES/NO) _____
                        PLAN (YES/NO) DESCRIBE _____

HOMOCIDE:               IDEATION (YES/NO) INTENTION (YES/NO) _____
                        PLAN (YES/NO) DESCRIBE _____

INSIGHT:                POOR/FAIR/GOOD/INTACT _____

JUDGEMENT:              POOR/FAIR/GOOD/INTACT _____

ABILITY TO GIVE CONSENT FOR TREATMENT:
                        INTACT/FAIR/POOR _____

DIAGNOSIS:
AXIS I        _____ depressive dementia M. OS _____

              _____

AXIS II       _____ -none _____

AXIS III      _____ Paraplegia _____

PLAN:     _____ LABS:    CBC, SMAC24, U/A, THYROID PROFILE WITH TSH, EKG URINE DRUG SCREEN, BLOOD
                         LEVELS _____

          _____ REFERRAL TO MEDICAL: _____

          _____ PATIENT EDUCATION: _____

          _✓_ INTERVENTIONS:

          A:      INDIVIDUAL THEREPY _____

          B:      GROUP THEREPY _____

          C:      MEDICATION:

          _Paxil_ _____ (TARGET SYMPTOM) _dep_ _____

          _____ _____ (TARGET SYMPTOM) _____

          _____ _____ (TARGET SYMPTOM) _____

                        Maurice Waldman, MD _____ M.D.
                        Staff Physician

NAME _Burley Scott_ R _VM_ S _M_ DOB _2-16-72_ AN _5599 28 23_

**EMSA** *CORRECTIONAL CARE*

**MENTAL HEALTH QUESTIONNAIRE**

NAME: Scott Earley     D.O.B.: 2-16-72     I.D. NUMBER: BS993723

| QUESTIONS | YES | NO | COMMENTS |
|---|---|---|---|
| 1. Have you ever been hospitalized for an emotional or nervous problem? If yes, what hospital? _____ When? _____ | | ✓ | |
| 2. Have you ever received counseling or outpatient treatment for the above? If yes, When? _____ Where? _____ | | ✓ | |
| 3. Are you taking any medication for the above? If yes, what medication are you taking? Zoloft  How often? 3tabs / What prescribed it? MD How long have you been taking it? 6 months | ✓ | | |
| 4. Do you use any of the following? | | ✓ | |
| 5. Have you ever been treated for alcohol abuse? If yes, how many times? _____ When? _____ Where? _____ How long was treatment? _____ | | ✓ | |
| 6. Have you ever used illegal drugs? If yes, when? _____ What illegal drugs have you used in the last 12 months? _____ When did you start using these drugs? _____ | | ✓ | |
| 7. Have you ever been treated for drug abuse? If yes, how many times? _____ When? _____ Where? _____ How long was treatment? _____ | | ✓ | |
| 8. Have you ever tried to commit suicide? If yes, how many times? _____ When? _____ Where? _____ Were you hospitalized? _____ Where? _____ | ✓ | | 3 xtimes in the last yr. |
| 9. Have you ever thought about killing yourself? If yes, when was the last time? _____ Do you think of it often? _____ sometimes? _____ seldom? _____ | ✓ | | 3x in the last year |
| 10. What grade did you complete in school? 8th Grade  Were you in any special education classes? If yes, what classes? No  Are you able to read and write English? Yes | | | |
| 11. Have you ever been convicted of a violent crime? If yes, when? No  Where? _____ For what crime were you convicted? _____ What was your sentence? _____ | | ✓ | |
| 12. Have you ever been convicted of a sexual offense? If yes, when? _____ Where? _____ For what crime were you convicted? _____ What was your sentence? _____ | | ✓ | |
| 13. So people consider you a violent person? _____ | | ✓ | |
| 14. Do you have concerns about your current emotional state as a result of being arrested and placed in jail? _____ | ✓ | | I am not treated fair |
| 15. Do you have a history of being the victim of criminal violence? _____ | | ✓ | |

Row 4 detail:

| | How Much? | How Often? | How Long? |
|---|---|---|---|
| Beer? | No | | |
| Wine? | No | | |
| Liquor? | No | | |

Clinician Signature: _____   SHIRLEY WILKINS, RN   NBB   DATE: 2/19/99

**MENTAL HEALTH QUESTIONNAIRE**

**EMSA** *CORRECTIONAL CARE*

**PROBLEM LIST**

INMATE NAME: _Earley, Scott_

I.D. NUMBER: _BS99 3723_

D.O.B.: _2/16/72_

ALLERGIES: _PCN_

| Date Identified | Problem No. | Chronic (Long Term) Problems | Date Resolved |
|---|---|---|---|
| 2/16/99 | 1 | Paraplegic | |
| 2/16/99 | 2 | hx Psych | |
| 2/18/99 | 3 | Cholecystectomy | Oct/99 |
| // | 4 | hx of Pancreatitis | |
| 2/19/99 | 5. | Hx Substance abuse | |
| | | | |
| | | | |
| | | | |

Temporary (Usually Self-Limiting) Problems

| Prob. No. | Problem | Date of Each Occurence | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | C/o N/V | | | | | | | | |
| 2. | C/o Back pain | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

# EMSA CORRECTIONAL CARE

## TB SKIN TEST SCREENING FORM

NAME: Earley Scott    ARREST#: BS993723

DOB: 2/16/72    LOCATION: MM #4

| | DATE/TIME | SITE | AMOUNT | SIGNATURE |
|---|---|---|---|---|
| PPD ADMIN | 2/19/99 0845 | L.F.A. | 0.1 ML | SHIRLEY WILKINS, RN |
| | | | | NBB |
| READING (within 48-72 hours) | 2/21/99 0945 | RESULTS | 20 MM | M Hallan |
| | | | | Marie Hall / RN |
| IF PPD IS POSITIVE: | DATE ORDERED | DATE COMPLETED | RESULTS | NBDC |
| | | | | Hallan |
| SGOT ORDERED | 2 21 99 | | | Marie Hall |
| CXR ORDERED | 2 21 99 | | | NBDC |

SIGNATURE: _____

IF PPD IS REFUSED, CHEST X-RAY IS ORDERED:    ☐ YES    ☐ NO

REFUSAL SIGNED (IF APPLICABLE) CHECK ONE:    ☐ YES    ☐ NO

1. NEGATIVE SKIN TEST 0MM-4MM

2. 5MM-9MM IS CONSIDERED POSITIVE ONLY IF:

   A. HIV POSITIVE
   B. THERE HAS BEEN RECENT CLOSE CONTACT WITH SOMEONE WHO HAS TB AND THIS IS A CHANGE FROM NEGATIVE TO A POSITIVE TEST.
   C. THE PERSON IS AN IV DRUG USER
   D. THE PERSON HAS HAD A PREVIOUSLY SUSPICIOUS CHEST X-RAY

3. 10MM & ABOVE IS POSITIVE FOR EVERYBODY ELSE.

*Measure test results 48 to 72 hours after test is given
*Measure only palpable induration (raised area or induration) across widest area, NOT erythema (redness)

## ALL POSITIVES GET:

1) CHEST X-RAY ORDERED
2) SGOT ORDERED
3) CLINIC EVALUATION ORDERED.

CL 1456-24

**EMSA CORRECTIONAL CARE**

**HEALTH EVALUATION**

CHARGES

| Date: 2-15-99 | I.D. # | Date Booked 2-16-99 | County: Broward | BOND: |
|---|---|---|---|---|

## ADMISSION DATA

| Last Name EARLey | First Scott | Middle A | Address 570 N.W. 66th Ave |
|---|---|---|---|

Alias

City Plantation    St FL    Zip 33317

Birthplace Raleigh    DOB 2-16-42    Phone 954-584-2810    Religion Catholic

SS# 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    Marital Status S M D W Sep    Read/Write English? Yes No Other:

Previous Incarcerations (Date & Facility) None    Health Insurance? Y N Carrier: Medicaid State: FL

Policy Number:

NOTIFY IN EMERGENCY: Name Patricia White    Relationship Mother    Address Same As Above    Phone

## MEDICAL DATA

Family Physician Dr. Arlene Richards    Address    Phone:

Previous Hospitalizations/Surgeries/Major Illness/Current Illness: What? Where?
Spinal Cord Injury T-12/L-1 complete Paraplegia    See H & P ☐

Medications: ☐ None Zoloft, Demerol, Bacofel, Bactrim    Special Diet (Prescribed):

Allergies: NKA ☐ PCN    Tetanus/Immunizations: Y N Dates:

ANY ARRESTEE WHO IS UNCONSCIOUS, SEMICONSCIOUS, ACTIVELY BLEEDING, IN ACUTE PAIN, AND URGENTLY IN NEED OF MEDICAL ATTENTION SHOULD IMMEDIATELY BE REFERRED FOR EMERGENCY CARE.

## CLINICAL OBSERVATIONS

| 1) Level of Consciousness: (X) Alert ( ) Oriented, time, place, person ( ) Lethargic ( ) Stuporous ( ) Comatose | 3) Substance Abuse ( ) Yes (X) No ( ) Suspected ( ) Current Intoxication/Abuse ( ) Use ( ) Withdrawal Symptoms ( ) Drugs ( ) Alcohol |
|---|---|
| Describe: | Describe: What kind? Amount/Frequency? |
| 2) General Appearance: ( ) Norm ( ) Abn. | Last Use: (Time/Date) |
| Describe: | |
| 4a) Behavior/Conduct: (X) Calm ( ) Cooperative ( ) Non-Violent ( ) Agitated ( ) Uncooperative ( ) Violent ( ) Manipulative ( ) Disorganized | 4b) Affect/Mood: (X) Normal ( ) Manic ( ) Depressed ( ) Euphoria ( ) Flat ( ) Confused ( ) Delusion ( ) Emotional Instability ( ) Hallucinations ( ) Hearing Voices |
| Describe: | Describe: |
| 5a) Is Patient at High Risk for Suicide? (X) Yes (X) No par/3. | b) Does Pt. Describe Suicidal Thoughts or Ideations? ( ) Yes (X) No |
| c) Is there evidence of Self Mutilation ( ) Yes (X) No | d) High Risk Pt. may become Assaultive towards Staff? ( ) Yes (X) No |

If ANY of the above in #5 are circled, staff MUST describe here, include previous history and dates:

| 6a) Communication Difficulties ( ) Yes (X) No | b) Memory Defects ( ) Yes (X) No |
|---|---|
| c) Hearing Impairment ( ) Yes (X) No | d) Speech Difficulties ( ) Yes (X) No |
| 7) Physical Aids: (X) None ( ) Glasses ( ) Contacts ( ) Hearing Aid ( ) Dentures ( ) Cane ( ) Crutches ( ) Walker ( ) Wheelchair ( ) Braces ( ) Artificial Limb ( ) Other | |

8) A/Comments, Complaints, Symptoms:    None ☐

S)

O)

A)

P)

CC 017

Receiving Screening
Health Assessment ☒

| HEALTH EVALUATION | | | | Age 27 | Sex M | Race W | | Ht 4'10" | Wt 145 |
|---|---|---|---|---|---|---|---|---|---|

| | | | | / Temp | BP / | | Pulse | Resp. |
|---|---|---|---|---|---|---|---|---|
| | | | | 98 8 | 120 80 | | 60 | 16 |

Do you now or have you ever had, or been treated for:

| Problems | Y | N | Problems | Y | N | APPRAISAL | N | Abn/Comment |
|---|---|---|---|---|---|---|---|---|
| Head Trauma 1998 | | X | Kidney Stones/Disease 1998 | | X | **Screening Observation** | ☒ | **Check Items Below & Initial** |
| Loss of Consciousness | | X | Bladder/Kidney Infection | | X | General — Movement, Deformity Pain, Bleeding | ☐ | MVA 1998 |
| Severe Headaches | | X | Alcoholism | | X | Habitus, Hygiene | | Paraplegic |
| Vertigo/Dizziness | . | | Drug Abuse | | X | Neuro — Mental Status, Intox Withdrawal, Tremors | X | |
| Vision Problems | | X | Tobacco Use ½ PPD | X | | Neuro-deficits | | |
| Hearing Problems | | X | Psychiatric Hx | | X | Skin — Injury, Bruises, Trauma Jaundice | X | |
| Dental Prob./Dentures | | X | Suicidal | | X | Diaphoretic, Rash Lesions, Infestations Needle Marks | | |
| Seizures | | X | **Communicable/Contagious** | | | Color, Turgor | | |
| Strokes | | X | Tuberculosis | | X | Head — Normocephalic Atraumatic Hair, Scalp | X | |
| Nervous Disorders | | X | H.I.V. Positive | | X | | | |
| DT's | | X | A.I.D.S. | | X | Eyes — Glasses/Vision Pupils Sclera, Conjunctiva | X | |
| Heart Condition | | X | Hepatitis | | X | | | |
| Angina/Heart Attack | | X | VD - Gonorrhea | | X | Ears — Appearance Canals, TM's, Hearing | X | |
| High B.P. | | X | VD - Syphilis | | X | Nose — Epistaxis, Sinuses | X | |
| Anemia/Blood | | X | Lice; Crabs; Scabies | | X | Throat — Teeth, Gums, Dentures Mouth, Tongue, Tonsils Airway | X | |
| Lung Condition | | X | **OB/GYN** | | | | | |
| Asthma | | X | LMP Date: | | | Neck — C Spine, Mobility Veins, Carotids Thyroid, Lymph Nodes | X | |
| Bronchitis | | X | Duration: | | | | | |
| Emphysema | | X | LMP Normal: | | | Chest — Config. Ausc./Resp. Cough/Sputum | X | |
| Pneumonia | | X | Regularity: | Y | N | (Breasts) — Masses | | |
| Diabetes | | X | Gravida/Para. | | | Heart — Ausc. Rate, Rhythm Murmurs, Ectopy | X | |
| Hay Fever/Allergies | | X | AB/Miscarriage: | | | | | |
| Gastritus | | X | Contraception. | Y | N | Abdomen — Bowel Sounds Palp. G/R/T, Hernia | X | |
| Ulcers | | X | Describe: | | | | | |
| Bleeding | | X | LAB Tests - Dates | N | Ab | GU — Flank Tenderness Bladder Tenderness /Distention | X | |
| Gall Bladder/Pancreas 10/98 | | X | VDRL/RPR | | | | | |
| Liver Problems | | X | PPD 2/19/99 0845 | | | Back — ROM, Spasm, Injury | | |
| Arthritis | | X | HIV | | | Extrem — Edema, Pulse Cyanosis - ROM, Injury | | Paraplegic |
| Joint Muscle Problem MVA | | | SMA | | | Genitals — Injuries/Lesions | X | |
| Back/Neck Problem | | | CBC | | | Pelvic / Pap — Deferred | X | |
| Deferred/Follow-Up: | | | U/A Dipstick | | | Rectal / Gulac — Deferred | X | |
| | | | | | | Dental Hygiene Instructions: Given — Initials | | |

Comments: C/o Back Pain; N/V. to be seen by Inf nurse

Placement: ( ) General Population ( ) Infirmary ( ) Emergency Dept ( ) Isolation ( ) Observation ( ) Other: _____
Referral: ( ) Medical ( ) Dental ( ) Mental Health ( ) Other _____ When: ( ) Immediately ( ) Next Sick Call

Screener's Signature    2/19/99  0845
Date/Time

ERIN CODY, MD
Evaluator's Signature (RN/NP/PA, MD)    3 1 99
Date/Time

CC 017    0845.    7/94

## EMSA CORRECTIONAL CARE
## CONSENT TO MENTAL HEALTH EVALUATION OR TREATMENT

Contracts which you have with the mental health staff of the Broward County Sheriff's Office are usually considered confidential or privileged communication. This means that, generally, whatever you say and your testing results are held in confidence. It is very much like the confidentiality that exists between lawyers and their clients.

However, there are limits to confidentiality which you need to be aware of. Other mental health and health services staff within the Sheriff's Office have access to notes which are kept regarding all mental health contracts. If you decide to receive counseling or other mental health treatment, supervisors in Mental Health will be reviewing your records and discussing your situation with the mental health worker who has been or is seeing you. There are mental health staff meetings in which your counselor will discuss your situation with mental health staff who may not be seeing you.

Furthermore, if you tell mental health staff that you intend to harm yourself or someone else, or threaten the security of the Jail, mental health staff will advise other staff of such danger, in order to protect your well-being and that of others. If you identify any minor child, elderly, or disabled person who has been the victim of physical or sexual abuse, mental health staff will notify the Department of Health and Rehabilitative Services Abuse Hotline. Also, officials of the court, law enforcement officials, Department of Health and Rehabilitative Services staff or as otherwise provided by the law may review or receive copies of your mental health records without your prior authorization. Your mental health records may also be released by your written consent.

Your signature below indicates that you have read this statement or that it was read to you, that you understand the limits of confidentiality within the Broward County Sheriff's Office and that you agree to receive the following mental health services:

"Mental Health Evaluation and Treatment as needed until I withdraw my consent."

_____
Patient's Signature

$2 \cdot 2 \int 44$ $11^{2 a}/ h$
Date/Time

_____
Staff Signature

$2 \cdot 2 \int \cdot 44$ $11^{2 o}/ h$
Date/Time

_____
Witness Signature

_____
Date/Time

Name _Burly Scott_    R W S M DOB _2.16.72_ # _859637 22_

## EMSA CORRECTIONAL CARE
## INFORMED CONSENT (ANTIDEPRESSANTS)

**MEDICATION:** For example: Elavil, Tofranil, Pamelor, Desyrel, Sinequan, Ludiomil, Norpramin, Vivactil, Asendin, Surmontil, Prozac, Zoloft, or any other anti-depressant.
**PURPOSE:** These medications are mood elevators used to treat mental depression, and the depression that occurs with nervousness. They work by improving the balance of chemical substances within the brain.
**COMMON SIDE EFFECTS:** Common side effects include, but are not limited to: Sleepiness, dry mouth, blurred vision, constipation, difficulty urinating, light headedness upon arising, rash, occasional affects on the heart rate and blood pressure. If you experience any of these or other side effects, please report them to any member of the health care staff.
**ALTERNATIVE THERAPIES:** It has been determined, at this time, that this category of medication is one of the most effective therapies available for the treatment of depression. Other treatments include activity therapies and talk therapies such as counseling or behavior therapy.
**APPROXIMATE LENGTH OF CARE:** The medication usually acts within a few days. Significant benefit may occur within three weeks. Maximum benefit may require regular usage. The doctor will adjust the dosage from time to time, in most cases, to the minimum dosage that meets your needs. The doctor may order laboratory tests from time to time to ensure that the medication is safe. The doctor, at a minimum, reviews the medication and its effect every month.
**NOTIFICATION:** I understand that I can decide to stop taking this medication at any time by telling the doctor or any other health care staff. If I decide to stop taking this medication, it will not affect my ability to receive other health care.
**RISKS AND HAZARDS:** Avoid alcohol. Avoid operating a motor vehicle or other activities that require alertness. Avoid excessive exposure to sunlight, or exposure to sun lamps. Sudden discontinuation of this medication may cause medical problems.

I understand that by signing this form I am agreeing to let EMSA Correctional Care, a contracted agent, treat me with a psychotropic drug. I have been given and have had explained information about the nature of this treatment and the reason I am being treated. I have also been informed about alternative treatments, the risks and hazards associated with this treatment, the possible side effects that I may experience from this treatment, and the length of time that I will be taking this drug. I have been given a chance to ask questions about my treatment, and have had all my questions answered. I understand that I can discuss any other questions I might have about my treatment with the doctor, and that a copy of this form will be given to me.

Patient's signature: _____ Date _2/25/99_ Time _1/30/P_

Staff signature: _____ Date _2/25/99_ Time _11:40/A_

NAME ___Bina, Scott___   R M S M DOB _2/6-72_ # _B50927722_

## CORRECTIONAL CARE DIVISION
## DATE: _____
## INDIVIDUAL WRITTEN TREATMENT PLAN

### SECTION I - PROBLEM LIST

1.
      _depression_
2.

3.          •

### SECTION II - SERVICES

| | |
|---|---|
| ✓ | Psychiatric Follow-Up |
| ✓ | Psychotropic Medication Renewal/Adjustment |
| ✓ | Medication Compliance Monitoring & Recording |
| | Group Therapy |
| | Individual Therapy |
| | Aftercare Planning |
| | Other: |

### SECTION III - TREATMENT GOALS

1.          reduce depress
2.
3.
4.

### SECTION IV - SERVICE PROVIDERS

1.                          3.
        M k
                Maurice Waldman, MD
                Staff Physician

2.                          4.

INMATE PATIENT SIGNATURE: _____

TREATMENT LOG

NAME Farley    Scott    D.O.B. 2-16-72    ARREST # BS993723
LOCATION Inf    ORDER DATE 2-18-99    STOP DATE 3-17-99
INSTRUCTIONS: DSg A Q 3 days č NS, Nu-gel +
apply Hydrophelic Polyurethane DSg.
X 30 days

| DATE | TREATMENT RENDERED | OBSERVATION | NURSES SIGNATURE |
|------|-------------------|-------------|------------------|
| 2-21-99 | Cleansed of mod. amt. eschar decubitus. Edges ranged, | surrounding stage III bleeds freely č clean. | B Hain, LPN |
| 2-22-99 | | | B Hain, LPN |
| 2-22-99 | DSA done č NS, Nugel, and dry dsg. Stage III decubitus č small amt q bloody drainage noted. | | Davidson RN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ORDERED BY MD (PA:) Innocent

**EMSA CORRECTIONAL CARE**

**MEDICAL PASS**

DATE: 2|18|99

RE:

NAME: Earley, Scott

ARREST: BS993723

D.O.B.: 2.16.72

*DUE TO A HEALTH CONDITION THIS PATIENT MAY HAVE:*

|  | PLACE AN "X" ON THE ITEMS BEING ORDERED | DURATION OF PASS ORDER | | | |
|---|---|---|---|---|---|
|  |  | 1 MO. | 2 MOS. | 3 MOS. | INDEF. |
| EXTRA MATTRESS |  |  |  |  |  |
| EXTRA PILLOW |  |  |  |  |  |
| EXTRA BLANKET |  |  |  |  |  |
| LOW BUNK ASSIGNMENT |  |  |  |  |  |
| WHEELCHAIR |  |  |  |  |  |
| CANE |  |  |  |  |  |
| WALKER |  |  |  |  |  |
| OTHER egg crate mattress | X |  |  |  | X |

* MEDICAL APPLIANCES FROM PROPERTY:

READING GLASSES ☐ INDEFINITE TILL RELEASED

EYEGLASSES ☐ INDEFINITE TILL RELEASED

OTHER ☐ (SPECIFY) _____

_____

_____

HEALTH PROVIDER SIGNATURE

Nathalie M. Innocent
PAC

NAME STAMP OR PRINTED NAME

*NOTE: COPY OF THIS FORM TO BE DISTRIBUTED TO THE PROPERTY DEPUTY IF THIS AREA WAS COMPLETED*

**EMSA CORRECTIONAL CARE**

MEDICAL OBSERVATION SHEET

SEGREG. .TION / ISOLATION

Name: Early, Scott

ID#: BS-69-3723

D.O.B.

8/26

| DATE | TIME | DESCRIBE CURRENT CONDITION: (Awake, sleeping, Agitated, Talkative, Hostile, O.K., eppy, Depressed, Very Quiet, etc.) | ANY VERBAL HEALTH COMPLAINTS AS STATED BY INMATE | ANY SIGNIFICANT PHYSICAL FINDINGS | SIGNATURE |
|---|---|---|---|---|---|
| 9/13 | 6 ᴾᴹ | clear in w/c | None stated | A+ in w/c | [signature] |
| | 4ᴾ | sitting on bunk & meds taken | none stated | no sca | [signature] |
| | 4ᴾ | lying on bunk meds taken well | none stated | none sca | [signature] |