B83/50-358

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SCOTT EARLEY,

    Plaintiff,

v.

SHERIFF OF BROWARD COUNTY,
FLORIDA and EMSA CORRECTIONAL
CARE, INC.,

    Defendants.
_____/

CASE NO.: 00-6104-CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

### STIPULATION OF PARTIES AS TO DISCLOSURE OF EXPERTS AND DISCOVERY

    Due to recent events in our nation, and based upon the fact that the parties have not been able to complete all of the necessary discovery in this matter, the parties below, by and through the undersigned, hereby stipulate to the following:

    1. Counsel for all parties agree to meet in person, and conference on October 4, 2001 regarding the pre-trial stipulation to be filed in this case. The pre-trial stipulation will be filed with the Court by all parties on or before October 5, 2001.

    2. Counsel for all parties agree not to file Motions to strike the testimony of any and all witnesses taken after the October 5, 2001 discovery cut-off and prior to October 31, 2001 based upon the fact that this testimony was given after the court's October 5, 2001 discovery deadline.

    3. Counsel for all parties agree to disclose the areas of expertise of any and all expert witnesses by September 27, 2001.

BUNNELL, WOULFE, KIRSCHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-4340 • (954) 761-8990

09/26/01 WED 12:27 [TX/RX NO 9668]

Stipulation
Page 2

4. Counsel for all parties agree to disclose the names, addresses, and subject matter on which each and all of their expert witnesses will testify on or before October 12, 2001.

5. All parties agree to furnish possible dates of availability for their expert's depositions on or before October 12, 2001.

Carlos Cruanes, Esquire
High, Stack, Palabach & Cruanes
2655 LeJeune Road, Suite 1108
Coral Gables, FL 33134
(305) 443-3329
Florida Bar No. 0121940

Jodi C. Page, Esq
Bunnell, Woulfe, et al.
888 East Las Olas Blvd. - 4th Floor
Ft. Lauderdale, FL 33301
(954) 761-8600
Florida Bar No. 0174629

2
BUNNELL, WOULFE, GRECHBAUM, KELLER, McINTYRE & GREGOIRE, P.A., PO DRAWER 030340, FORT LAUDERDALE, FL 33303-0340 • (954) 761-8600

09/26/01 WED 12:27 [TX/RX NO 9668]