UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6104-CIV-ZLOCH

SCOTT EARLEY,

    Plaintiff,

vs.

**FINAL ORDER OF DISMISSAL**

SHERIFF OF BROWARD COUNTY,
FLORIDA, and EMSA
CORRECTIONAL CARE, INC.,
a corporation,

    Defendants.
_____/

THIS MATTER is before the Court sua sponte. This Court entered its Amended Order Resetting Pre-Trial Conference (DE 28) dated April 2, 2001, setting the Pre-Trial Conference in the above-styled cause for October 12, 2001.

No request or Motion For Continuance of the Pre-Trial Conference has been filed, no request or Motion For Extension Of Time Within Which To File Pre-Trial Stipulation has been filed, and no Unilateral Pre-Trial Catalog has been filed by the Plaintiff as of September 28, 2001, as required by this Court's Order (DE 28) For Pre-Trial Conference and by Rule 16.1, Local Rules for the Southern District of Florida.

This Court having further reviewed the court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Amended Complaint filed in this matter be and the same is hereby **DISMISSED**, without prejudice, for failure of the Plaintiff to comply with the Order of this Court

Pre-Trial Conference and for the failure of the Plaintiff to comply with Rule 16.1, Local Rules for the Southern District of Florida.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Pre-Trial Conference previously scheduled in the above-styled cause is hereby canceled.

**IT IS FURTHER ORDERED AND ADJUDGED** that to the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of October, 2001.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Carlos Cruanes, Esq.
For Plaintiff

Jodi Page, Esq.
For Defendants